# In The United States Court of Federal Claims

No. 04-1787T

(Filed: September 12, 2005)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference will be held in this matter on Friday, September 30, 2005, at 2:00 p.m. (EST). Chambers will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge