IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD L. DISMORE and BETTYE G. DISMORE | § | |
| | § | |
| Plaintiffs | § | |
| | § | Docket No. 04-1787 |
| v. | § | Judge: Allegra |
| | § | |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant | § | |

## **Plaintiffs' Motion to Substitute Lead Counsel**

Pursuant to RCFC 83.1(c)(4), Teresa J. Womack enters her appearance as Lead Counsel/Attorney of Record on behalf of Plaintiffs Donald L. Dismore and Bettye G. Dismore in the above styled and captioned matter.

Respectfully,

/s/ Teresa J. Womack

Teresa J. Womack
Redding & Associates, P.C.
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)
**Counsel for Donald L. Dismore and Bettye G. Dismore**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD L. DISMORE and BETTYE G. DISMORE | § | |
| | § | |
| Plaintiffs | § | |
| | § | Docket No. 04-1787 |
| v. | § | Judge: Allegra |
| | § | |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant | § | |

## Declaration of Appointment

I, Teresa J. Womack, have been authorized to enter my appearance as Lead Counsel/Attorney of Record on behalf of Donald L. Dismore and Bettye G. Dismore by Thomas E. Redding, the current Lead Counsel/Attorney of Record for Donald L. Dismore and Bettye G. Dismore. The Dismore retained the law firm of Redding & Associates, P.C. to represent them in this matter. I am an attorney employed by Redding & Associates, P.C.

I declare under penalty of perjury that the forgoing statement is true and correct and based upon by personal knowledge.

10/5/05
Date

/s/ Teresa J. Womack

Teresa J. Womack
Redding & Associates, P.C.
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)
**Counsel for Donald L. Dismore and Bettye G. Dismore**

twweo055.di1.wpd