# In The United States Court of Federal Claims

No. 04-1787T

(Filed: October 5, 2005)

---

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic status conference was held in this matter on October 5, 2005. Participating in this conference were, on behalf of plaintiff, Teresa J. Womack, and, on behalf of defendant, Bart D. Jeffress. Pursuant to the discussions held at the status conference, the following actions shall be taken on or before October 28, 2005:

1. Plaintiff shall provide defendant with the informal discovery requested in defendant's letter of August 23, 2005;

2. Plaintiff shall move to amend its complaint, withdrawing its alternative argument relating to § 447 / 481 recapture;

3. The parties shall file a joint status report indicating how they intend to proceed in this case. This report should contain a proposed briefing schedule if defendant intends to file a motion to dismiss, or in the alternative shall propose a new discovery plan.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge