IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1787 T
(Judge Francis M. Allegra)

DONALD L. DISMORE and BETTYE G. DISMORE

Plaintiffs,

v.

THE UNITED STATES, Defendant.

JOINT STATUS REPORT

Pursuant to the Court's order filed October 5, 2005, see Order [Doc. #18], the parties hereby provide the following joint status report:

**(a) Statement of Intention for Further Proceedings**:

By letter dated October 13, 2005, plaintiffs provided defendant with some of the informal discovery requested in defendant's letter of August 23, 2005. Based on the documents provided and after further reflection on the legal issues relevant to the present matter, defendant does not at this point intend to file a motion to dismiss.[1]

[1] Plaintiffs have not yet amended their complaint to withdraw their alternative argument relating to § 447/481 recapture. Defendant assumes plaintiffs will do so pursuant to colloquy at the telephonic status conference on October 5, 2005 and the Court's corresponding order of the same date. If plaintiffs do not do so, defendant intends to revisit the jurisdictional hurdles it raised in the JPSR with respect to plaintiffs' § 447/481 recapture argument. See JPSR [Doc. 14] at 2.

**(b) <u>Proposed Discovery Schedule</u>**:

The parties recommend discovery be simultaneous and on all issues, and propose the following schedule:

Close of Fact Discovery: April 28, 2005

Summary Judgment Motions and/or Motions to Dismiss: on or before May 26, 2006 (with response/s and reply/ies due pursuant to RCFC 7.2(c)).

Plaintiffs' attorney has consented to defendant's attorney filing and signing this Joint Status Report on her behalf. <u>See</u> CFC General Order 42A, Part IV, ¶ 18(2); CFC website, Electronic Filing, FAQ, Rules and Procedures #3.

Respectfully submitted,

<u>10/28/2005</u> <u>s/Teresa J. Womack by s/Bart D. Jeffress</u>
Date

Teresa J. Womack
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (fax)

Attorneys for Plaintiffs

<u>10/28/2005</u> <u>s/Bart D. Jeffress</u>
Date

Bart D. Jeffress
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
STEVE I. FRAHM
Assistant Chief, Court of Federal Claims Section
ELLEN C. SPECKER
Reviewer

10/28/2005 s/Steve I. Frahm
Date Of Counsel

Attorneys for Defendant