# In The United States Court of Federal Claims

No. 04-1787T

(Filed: November 17, 2005)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 5, 2005, the court issued an order directing plaintiffs to move to amend their complaint, withdrawing their alternative argument relating to §§ 447 / 481 recapture. Plaintiffs were directed to file their motion on or before October 28, 2005. As of that date, plaintiffs had not filed their motion. Chambers has contacted plaintiffs' counsel multiple times since October 28, 2005, and plaintiffs' counsel has indicated that the motion would be filed "shortly." During the last communication on November 15, 2005, plaintiffs' counsel was told that a show cause order would issue unless the motion was filed by November 16, 2005. As of this date, plaintiffs have not complied with the court's order of October 5, 2005. The court is also aware that plaintiffs' counsel has failed to file a required notice of appearance in another case currently pending before this court, *LeBlanc v. United States*, No. 05-743. In that case, chambers has similarly contacted plaintiffs' counsel multiple times without avail.

Plaintiffs' counsel is hereby ordered to bring herself into full compliance with the court's October 5, 2005, order by Monday, November 21, 2005. If noncompliance continues after that date, plaintiffs' counsel is ordered to appear in person on Wednesday, December 14, 2005, at 10:00 a.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005, and show cause for her failure to comply.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge