# In The United States Court of Federal Claims

No. 04-1787T

(Filed: November 21, 2005)

---

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On November 21, 2005, plaintiff responded to the court's November 17, 2005, order and indicated that no motion to amend the complaint, withdrawing the §§ 447/481 alternative claim, is forthcoming. Accordingly:

(i) The show cause hearing scheduled for December 14, 2005, is hereby cancelled.

(ii) On or before December 5, 2005, the parties shall file a joint status report indicating how this case should proceed. This report should contain a proposed briefing schedule if defendant intends to file a motion to dismiss, or in the alternative shall propose a new discovery plan.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge