IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1787 T
(Judge Francis M. Allegra)

DONALD L. DISMORE and BETTYE G. DISMORE

Plaintiffs,

v.

THE UNITED STATES, Defendant.

JOINT STATUS REPORT

Pursuant to the Court's order filed November 21, 2005, see Order [Doc. #22], the parties hereby propose the following case plan:

1. On or before January 6, 2006, defendant shall file its motion to dismiss plaintiffs' §§ 447/481 alternative claim.
2. On or before February 10, 2006, plaintiffs shall file their response to defendant's motion.
3. On or before March 3, 2006, defendant shall file its reply in support of its motion to dismiss.
4. A discovery period of six months will commence upon issuance of a decision on defendant's motion to dismiss plaintiffs' alternative claim.

Plaintiffs' attorney has consented to defendant's attorney filing and signing this Joint Status Report on her behalf. See CFC General Order 42A, Part IV, ¶ 18(2); CFC website, Electronic Filing, FAQ, Rules and Procedures #3.

Respectfully submitted,

12/02/2005 s/Teresa J. Womack by s/Bart D. Jeffress
Date

Teresa J. Womack
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (fax)

Attorneys for Plaintiffs

12/02/2005 s/Bart D. Jeffress
Date

Bart D. Jeffress
Attorney of Record
U.S. Department of Justice, Tax Div.
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID G. GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVE I. FRAHM
Assistant Chief, Court of Federal Claims Section
ELLEN C. SPECKER
Reviewer

12/02/2005 s/Steve I. Frahm
Date

Of Counsel
Attorneys for Defendant