# In The United States Court of Federal Claims

No. 04-1787T

(Filed: December 7, 2005)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 5, 2005, the parties filed a joint status report setting forth a proposed briefing schedule for defendant's motion to dismiss plaintiffs' alternative claim. The court hereby adopts the following schedule in accordance with Rule 7.2 of the Rules of the Court of Federal Claims:

(i) On or before January 6, 2006, defendant shall file its motion to dismiss plaintiffs' §§ 447/481 alternative claim;

(ii) On or before February 3, 2006, plaintiffs shall file their response;

(iii) On or before February 17, 2006, defendant shall file its reply.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge