No. 04-1787 T
(Judge Francis M. Allegra)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DONALD L. DISMORE and BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

APPENDIX B TO MOTION OF THE UNITED STATES FOR DISMISSAL OF PLAINTIFFS' §§ 447/481 ALTERNATIVE CLAIM AND BRIEF IN SUPPORT THEREOF

EILEEN J. O'CONNOR
Assistant Attorney General

DAVID GUSTAFSON
STEVEN I. FRAHM
BART D. JEFFRESS
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580

**TABLE OF CONTENTS**


| Exhibit | Description |
|---|---|
| 1 | Materials Produced by Dismores’ Counsel |
| 2 | Certified Copy of Petition for Adjustment of Partnership Items for C85 |
| 3 | Certified Copy of Decision in *Coachella - 85* |
| 4 | Certified Copy of Motion for Entry of Decisions |