# REDDING & ASSOCIATES, P.C.

ATTORNEYS AT LAW
515 POST OAK BOULEVARD, SUITE 500
HOUSTON, TEXAS 77027-9408-150
(713) 965-9244
FAX (713) 621-5227

Thomas E. Redding

March 30, 1999

**PRIORITY MAIL**
**CERTIFIED # 935848883**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Austin, Texas   73301

    Re:    Donald L. Dismore (SS█████████) and Bettye G. Dismore (SS█████████████)
           Form 1040X, Amended U.S. Individual Income Tax Return, for 1995

Dear Sirs:

    The enclosed refund claim for 1995 is hereby filed on behalf on my client.  Please mail the refund in my care in accordance with the instructions on Line 6 of the attached power of attorney.

           Very truly yours,

           REDDING & ASSOCIATES, P.C.

           Thomas E. Redding

TER:BAT:js
Enclosures -    Form 1040X
             Power of Attorney

**EXHIBIT**

**1**

**001**



| RETURN RECEIPT SERVICE | POSTAGE | $3.20 |
| | SHOW TO WHOM, DATE AND ADDRESS OF DELIVERY / RESTRICTED DELIVERY | $0.00 |
| | CERTIFIED FEE | $1.40 |
| | RETURN RECEIPT FEES | |
| SENT TO: | TOTAL POSTAGE AND FEES | $1.25 |
| | | $5.85 |

3/30/1999  Code: BAT
5:55 PM    File: Dismore

**Internal Revenue Service Center**

**Austin, TX 73301**

PS FORM 3800

**UNITED STATES POSTAL SERVICE**   **RECEIPT FOR CERTIFIED MAIL**
NO INSURANCE COVERAGE PROVIDED .
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)

Z 935 848 883

POSTMARKED AT MAIL CENTER
HOUSTON
MAR 3 0 1999
USPS



**SENDER:**
• Complete items 1 and/or 2 for additional services.
• Complete items 3 and 4a & b.
• Print your name and address on the reverse of this form so that we can return this card to you.
• Attach this form to the front of the mailpiece, or on the back if space does not permit.
• Write "Return Receipt Requested" on the mailpiece below the article number.
• The Return receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receice the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

**Internal Revenue Service Center**

**Austin, TX 73301**

RECEIVED
APR 01 1999
AUSTIN TX

4a. Article Number

Z 935 848 883

4b. Service Type  ☒ CERTIFIED

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address
(ONLY if requested and fee paid.)

6. Signature - (Addressee or Agent)

PS Form 3811    3/30/1999   Code: BAT
5:55 PM    File: Dismore

**DOMESTIC RETURN RECEIPT**

002

# 1040X

(Rev. November 1998)

## Amended U.S. Individual Income Tax Return

Department of the Treasury — Internal Revenue Service

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ **1995** , OR fiscal year ended ▶ _____ , 19 ____

| | |
|---|---|
| Your first name and initial **DONALD L.** | Last name **DISMORE** | Your social security number |
| If a joint return, spouse's first name and initial **BETTYE G.** | Last name **DISMORE** | Spouse's social security number |

Home address (no. and street) or P.O. box if mail is not delivered to your home
c/o Thomas E. Redding; 515 Post Oak Blvd. — Apt. no. **Suite 500** — Telephone number (optional) **713-965-9244**

City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.
Houston, Texas 77027-9148 **** *ADDRESS FOR THIS MATTER ONLY*

For Paperwork Reduction Act Notice, see page 6.

**A** If the name or address shown above is different from that shown on the original return, check here ............................... ▶ ☒

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? ........... ☐ Yes ☒ No

**C** Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

**USE PART II ON THE BACK TO EXPLAIN ANY CHANGES**

### Income and Deductions (see pages 2 - 5)

| | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 | Adjusted gross income (see page 3) ..................... | 195,117 | (31,890) | 163,227 |
| 2 | Itemized deductions or standard deduction (see page 3) ...... | 59,930 | 957 | 60,887 |
| 3 | Subtract line 2 from line 1 ............................ | 135,187 | (32,847) | 102,340 |
| 4 | Exemptions. If changing, fill in Parts I and II on the back ...... | 4,000 | 1,000 | 5,000 |
| 5 | Taxable income. Subtract line 4 from line 3 ............. | 131,187 | (33,847) | 97,340 |
| 6 | Tax (see page 4). Method used in col. C Tax Table | 32,770 | (10,497) | 22,273 |
| 7 | Credits (see page 4) .................................. | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 32,770 | (10,497) | 22,273 |
| 9 | Other taxes (see page 4) .............................. | 6,521 | 0 | 6,521 |
| 10 | Total tax. Add lines 8 and 9 ........................ | 39,291 | (10,497) | 28,794 |
| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | | | |
| 12 | Estimated tax payments, including amount applied from prior year's return | | | |
| 13 | Earned income credit ................................ | | | |
| 14 | Additional child tax credit from Form 8812 .............. | | | |
| 15 | Credits from Form 4136 or Form 2439 ................. | | | |
| 16 | Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) .......... | | | 28,277 |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed ............. | | | 11,014 |
| 18 | Total payments. Add lines 11 through 17 in column C | | | 39,291 |

### Refund or Amount You Owe

| | | | |
|---|---|---|---|
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS .......... | 19 | |
| 20 | Subtract line 19 from line 18 (see page 4) .............................. | 20 | 39,291 |
| 21 | **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 21 | 0 |
| 22 | If line 10, column C, is less than line 20, enter the difference ............................ | 22 | 10,497 |
| 23 | Amount of line 22 you want **REFUNDED TO YOU** .............................. | 23 | 10,497 ** |
| 24 | Amount of line 22 you want **APPLIED TO YOUR 19** ____ **ESTIMATED TAX** ▶ 24 | | |

**Sign Here**
Joint return?
See page 2.
Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature _Donald L Dismore_ Date 3/27/99
Spouse's signature. If a joint return, BOTH must sign. Date _Bettye G Dismore_ 3-27-99

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature _Brett A. Thompson CPA_ | Date 3/30/99 Check if self-employed ☒ | Preparer's social security no. 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 |
| Firm's name (or yours if self-employed) and address | Brett A. Thompson, CPA 6363 Woodway, Ste. 800 Houston Tx | EIN ____ ZIP code 77057 |

** *or such greater amount as is legally refundable, plus interest.*

Form **1040X** (Rev. 11-98)

ISA
STF FED3171F.1

003

## Part I — Exemptions. See Form 1040, Form 1040A, or Form 1040-T instructions.

If you are **not changing your exemptions**, do not complete this part.
If claiming **more exemptions**, complete lines 25 - 31 and, if applicable, line 32.
If claiming **fewer exemptions**, complete lines 25 - 30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 | Yourself and spouse | 25 | | |
| | Caution: *If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | | | |
| 26 | Your dependent children who lived with you | 26 | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | |
| 28 | Other dependents | 28 | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | |

| Tax year | Exemption amount | But see page 3 if the amount on line 1 is over: |
|---|---|---|
| 1998 | $2,700 | $93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |
| 1995 | 2,500 | 86,025 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** *For tax year 1998, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.*

| (a) First name    Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

No. of your children on line 31 who:
● lived with you ......... ▶ ☐
● did not live with you due to divorce or separation (see page 5) ..... ▶ ☐
Dependents on line 31 not entered above ▶ ☐

32 For tax year 1995, if your child listed on line 31 did not live with you but is claimed as your dependent under a pre-1985 agreement, check here ............ ▶ ☐

## Part II — Explanation of Changes to Income, Deductions, and Credits

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here ..................... ▶ ☐

***** *PLEASE SEE EXPLANATION ATTACHED* *****

## Part III — Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ................... ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ............... ▶ ☐

STF FED3171F.2

**DONALD L. DISMORE and BETTY G. DISMORE**

███████████████████████

Coachella-85 Partners was a partnership which dissolved and terminated in 1995. Pursuant to I.R.C. §6230(d)(5), the refund sought pursuant to this claim should have been refunded without the necessity of filing a formal refund claim.

The partnership initially filed its 1995 Form 1065 and Forms K-1 reflecting that each partner was to receive no distribution upon termination of the partnership. The taxpayer(s) received nothing. See Exhibit "A" (copy of K-1).

The taxpayer(s) and the IRS subsequently entered into a settlement agreement (Form 870-P(AD), copy attached as Exhibit "B"), which resulted in a reduction in the distributive share of 1985 losses (see Form 4549 processing the Form 870-P(AD), copy attached as Exhibit "C").

As a direct consequence of the settlement, there was a substantial basis in the partnership interest and a resulting loss upon the dissolution and termination of the partnership, which loss is the basis of this claim for refund.

Basis Adjustments:

| | |
|---|---|
| Coachella-85 Partners 1985 losses disallowed | $31,890.00 |
| Ending Basis per K-1 | -0-. |
| Recomputed Basis and Loss on Dissolution | $31,890.00 |

In the alternative, the reported income from the partnership for 1995 should be reduced by the distributive share of §§447 and 481 recapture, because the settlement disallowed deductions subsequently being recaptured under §§447 and 481 and included in the final 1995 partnership income.

This claim for refund is authorized under I.R.C. §6230(c) as a claim based on the grounds that the Secretary has failed to make the refund herein claimed for the overpayment attributable to the adjustments to partnership items and affected items resulting from the above referenced settlement agreement. The increase in the basis in the partnership interest resulting in this refund claim was an adjustment to an affected item resulting from the settlement. In the alternative, it is a timely claim under I.R.C. §6402.

This claim is timely pursuant to I.R.C. §6230(c)(2)(B) because it is made within two years after the date of the settlement agreement attached hereto as Exhibit "B," or under I.R.C. §6511 as it is filed within three years of the original return. *In any event it is timely also because the AAR filed for this year by the partnership has extended the statute of limitations.* The taxpayer has been

C:\DOCS\CORRESP.Q\REFUND.CLM\QSTE3249.DII

informed that the partnership subsequently filed an administrative adjustment request (AAR) to preserve the statute of limitations pursuant to which it sought any adjustments appropriate to the year in issue that would result if the adjustments asserted by the IRS to the initial reporting year of the partnership were wholly or partly sustained. The proceeding with respect to the AAR is still pending.

During the time period from April 15, 1996 to March 30, 1998, interest on this refund should be paid at the deficiency rate prescribed under I.R.C. §6621(c), now repealed, for tax motivated transactions because interest was charged at that rate during that time period on the significantly greater tax deficiency resulting from the settlement, or, in the alternative, the excess interest paid during that period should be refunded.

The taxpayer(s) hereby elects to have the interest netting provision of I.R.C. §6404 apply and attach a copy of the statement of change to their 1985 account (Form CP:22E), as Exhibit "D," to prove the accrual of interest at that rate during that period.

Exhibits:       A - Copy of K-1
                B - Copy of Form 870-P(AD)
                C - Copy of Form 4549
                D - Copy of Form CP:22E

C:\DOCS\CORRESP.Q\REFUND.CLM\QSTE3249.D11

**006**

**(Form 1065)**     ▶ See separate instructions.     OMB No. 1545-0099

Department of the Treasury
Internal Revenue Service

For calendar year 1995 or tax year beginning ..........., 1995, and ending .........., 19....

**1995**

**Partner's identifying number ▶** [blacked out]     **Partnership's identifying number ▶** 33-0122739

Partner's name, address, and ZIP code

DONALD DISMORE
1032 WHISPERING OAKS
DE SOTO, TX 75115

Partnership's name, address, and ZIP code

COACHELLA-85 PARTNERS
DEBTOR IN POSSESSION
52300 ENTERPRISE WAY
COACHELLA, CA 92236

**A** This partner is a   ☐ general partner   ☒ limited partner
    ☐ limited liability company member

**B** What type of entity is this partner? ▶ INDIVIDUAL

**C** Is this partner a ☒ domestic or a ☐ foreign partner?

**D** Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.858% |
| Loss sharing | % | 0.858% |
| Ownership of capital | % | 0.858% |

**E** IRS Center where partnership filed return: FRESNO

**F** Partner's share of liabilities (see instructions):

Nonrecourse .................... $ _____
Qualified nonrecourse financing ....... $ _____
Other ........................ $ _____

**G** Tax shelter registration number .... ▶ 85347001787

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ........................ ☐

**I** Check applicable boxes:   (1) ☒ Final K-1   (2) ☐ Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065 Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| -13449 | | 13449 | ( ) | 0 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities | 1 | 13449 | See pages 5 and 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Sch. B, Part I, line 1 |
| | b Dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| **Deduc-tions** | 8 Charitable contributions (see instructions) | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See page 7 of Partner's Instructions for Schedule K-1 (Form 10 |
| | 10 Deductions related to portfolio income | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| **Invest-ment Interest** | 12 a Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 above | b(2) | | |
| **Credits** | 13 a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | (2) Other than on line 13b(1) for property placed in service before 1990 | a(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | (4) Other than on line 13b(3) for property placed in service after 1989 | a(4) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 13b | | |
| | c Credits (other than credits shown on lines 13a and 13b) related to rental real estate activities | 13c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | d Credits related to other rental activities | 13d | | |
| | 14 Other credits | 14 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.      Schedule K-1 (Form 1065) 1995

# EXHIBIT "A"

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **S E L F - E M P L O Y** | **15a** Net earnings (loss) from self–employment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15a | | Sch. SE, Section A or B |
| | **b** Gross farming or fishing income . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15b | 174 | See page 8 of Partner's Instructions for Schedule K–1 (Form 1065). |
| | **c** Gross nonfarm income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15c | | |
| **A D J U S T M E N T S A N D T A X P R E F - I T E M S** | **16a** Depreciation adjustment on property placed in service after 1986 . . . . . . . . . . . | 16a | | See page 8 of Partner's Instructions for Schedule K–1 (Fm 1065) and Instructions for Form 6251. |
| | **b** Adjusted gain or loss . . . . . . . . . . . . . \ . . . . . . . . . . . . . . . . . . | 16b | | |
| | **c** Depletion (other than oil and gas). . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16c | | |
| | **d (1)** Gross income from oil, gas, and geothermal properties . . . . . . . . . . . . . . . . . | d(1) | | |
| | **(2)** Deductions allocable to oil, gas, and geothermal properties. . . . . . . . . . . . . | d(2) | | |
| | **e** Other adjustments and tax preference items . . . . . . . . . . . . . . . . . . . . . . . . . | 16e | | |
| **F O R E I G N T A X E S** | **17a** Type of income ▶ _____ | | | |
| | **b** Name of foreign country or U.S. possession ▶ _____ | | | Form 1116, check boxes |
| | **c** Total gross income from sources outside the U.S. . . . . . . . . . . . . . . . . . . . . . | 17c | | } Form 1116, Part I |
| | **d** Total applicable deductions and losses (attach sch.) . . . . . . . . . . . . . . . . . . | 17d | | |
| | **e** Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued . . . . . . . . . . . . . | 17e | | Form 1116, Part II |
| | **f** Reduction in taxes available for credit (att. schedule) . . . . . . . . . . . . . . . . . . . | 17f | | Form 1116, Part III |
| | **g** Other foreign tax information (attach schedule) . . . . . . . . . . . . . . . . | 17g | | See Instructions for Form 1116. |
| **O T H E R** | **18** Section 59(e)(2) expenditures: **a** Type ▶ _____ | | | } See page 9 of Partner's Instructions for Schedule K–1 (Fm 1065). |
| | **b** Amount. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18b | | |
| | **19** Tax–exempt interest income. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | | Form 1040, line 8b |
| | **20** Other tax–exempt income. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | | |
| | **21** Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | | See page 9 of Partner's Instructions for Schedule K–1 (Fm 1065). |
| | **22** Distributions of money (cash and marketable securities) . . . . . . . . . . . . . . . . | 22 | | |
| | **23** Distributions of property other than money. . . . . . . . . . . . . . . . . . . . . . . . | 23 | | |
| | **24** Recapture of low–income housing credit: | | | |
| | **a** From section 42(j)(5) partnerships . . . . . . . . . . . . . . . . . . . . . . . . . | 24a | | } Form 8611, line 8 |
| | **b** Other than on line 24a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24b | | |
| | **25** Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

Internal Revenue Service
Western Region
1160 West 1200 South
Ogden, UT  84201-0040


Date:  July 31, 1997


DONALD L & BETTY G DISMORE
1132 WHISPERING OAKS
DESOTO TX  75115

Mail Stop:  4550
Person to contact:
Karen Myers
Telephone Number:
(801)629-1048
Not a toll free number
Hours:  6:00 a.m. to 3:30 p.m.
Mountain Time
Monday through Thursday
Social Security Number:
███████████
Year(s):  1985-1986
Partnership/S Corporation:
Coachella-85 Partners
Tax Identification Number:
33-0122739

Dear Mr. & Mrs. Dismore:

The enclosed copy of the Settlement Agreement(s) has now been signed on behalf of the Commissioner of the Internal Revenue Service. It has been accepted as a final agreement for the issue(s) shown.

Since this is a final agreement, it will not be reopened unless there are indications of fraud, malfeasance, or misrepresentation of facts.  No claim for refund or credit may be filed based on these adjustments.

A report showing how these adjustments will affect your return will be prepared within one year of the date this agreement was executed.  If penalties are an issue in your case, they will be addressed at that time.

If you have any questions about this letter, please contact the person whose name, telephone number and contact hours are shown above.  If you write please include your telephone number, the hours you can be reached, and a copy of this letter.

Your cooperation is appreciated.

Sincerely,

*A. Rankin*

A. Rankin
Tax Examiner
Examination Branch


Enclosure:
Copy of Settlement Agreement(s)


# EXHIBIT "B"

FORM 870-P(AD)(5-88)    DEPARTMENT OF THE TREASURY
DATE:  12-20-96         INTERNAL REVENUE SERVICE
                        SETTLEMENT AGREEMENT
                        FOR PARTNERSHIP ADJUSTMENTS

IN REPLY
REFER TO:
MS 4550
122096-0585

TAXPAYER(S) NAME(S) AND ADDRESS          NAME OF PARTNERSHIP

DONALD L & BETTY G DISHORE               COACHELLA-85 PARTNERS
JAMES P JOSEPH
1200 NEW HAMPSHIRE AVE N W               TIN:  33-0122739
WASHINGTON DC 20036-6802003

TIN: ▉▉▉▉▉▉                              TAX YEAR ENDED:  1985

UNDER THE PROVISIONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE,
THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT
TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE
YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN
ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO
OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY
DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED
BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL
REVENUE SERVICE.  IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE
DATE IT IS ACCEPTED.  UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO
FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF
PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE
ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO
CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF
PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

SIGNATURE OF
TAXPAYER                                              DATE
_____ _Donald L Dishore_ _RECEIVED ESU_ _3/26/97_____
SIGNATURE OF
TAXPAYER                                              DATE
_____ _Betty G Dishore_ _APR 10 1997_ _3-26-97_____
BY (SIGNATURE                                         DATE
AND TITLE)
                        OGDEN SERVICE CENTER

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE
WITH THE SIGNATURE.

NOTE:  THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE
ADJUSTMENT OF TAX LIABILITY.

   IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT
   RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH
   SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS
   AS AGENT FOR THE OTHER.

   IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE
   CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER
   AUTHORIZED TO SIGN.

   THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY-IN-FACT OR AGENT
   PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF
   ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

   THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER
   FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO
   YOU PLUS INTEREST AS PROVIDED BY LAW.  IF THE RESULT IS A DECREASE
   IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST
   AS PROVIDED BY LAW.

FOR        DATE ACCEPTED FOR          SIGNATURE
INTERNAL   COMMISSIONER  DEC 17 1997
REVENUE    _____   _____
USE ONLY   OFFICE                     TITLE        Associate Chief
           SALT LAKE CITY APPEALS OFFICE

                                      FORM 870-P(AD)(5-88)

```
FORM 870-P(AD)(5-88)    DEPARTMENT OF THE TREASURY        IN REPLY
                         INTERNAL REVENUE SERVICE          REFER TO:
DATE:  12-20-96            SETTLEMENT AGREEMENT            MS 4550
                       FOR PARTNERSHIP ADJUSTMENTS         122096-0625
```

TAXPAYER(S) NAME(S) AND ADDRESS        NAME OF PARTNERSHIP

DONALD L & BETTY G DISMORE             COACHELLA-85 PARTNERS
1132 WHISPERING OAKS
DESOTO TX 75115-7407328                TIN:  33-0122739

                                       TAX YEAR ENDED:  1986

TIN:

UNDER [████████]ONS OF SECTION 6224(c) OF THE INTERNAL REVENUE CODE, THE UNDERSIGNED OFFERS TO ENTER INTO A SETTLEMENT AGREEMENT WITH RESPECT TO THE DETERMINATION OF PARTNERSHIP ITEMS OF THE PARTNERSHIP FOR THE YEAR SHOWN ON THE ATTACHED SCHEDULE OF ADJUSTMENTS. THE UNDERSIGNED, IN ACCORDANCE WITH THE PROVISIONS OF SECTION 6224(b) OF THE CODE, ALSO OFFERS TO WAIVE THE RESTRICTIONS ON THE ASSESSMENT AND COLLECTION OF ANY DEFICIENCY ATTRIBUTABLE TO PARTNERSHIP ITEMS (WITH INTEREST AS REQUIRED BY LAW) PROVIDED IN SECTION 6225(a).

THIS OFFER IS SUBJECT TO ACCEPTANCE FOR THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE. IT WILL TAKE EFFECT AS A WAIVER OF RESTRICTIONS ON THE DATE IT IS ACCEPTED. UNLESS AND UNTIL IT IS ACCEPTED, IT WILL HAVE NO FORCE OR EFFECT.

IF THIS OFFER IS ACCEPTED FOR THE COMMISSIONER, THE TREATMENT OF PARTNERSHIP ITEMS UNDER THIS AGREEMENT WILL NOT BE REOPENED IN THE ABSENCE OF FRAUD, MALFEASANCE, OR MISREPRESENTATION OF FACT; AND NO CLAIM FOR REFUND OR CREDIT BASED ON ANY CHANGE IN THE TREATMENT OF PARTNERSHIP ITEMS MAY BE FILED OR PROSECUTED.

```
SIGNATURE OF                                         DATE
TAXPAYER   [signature]                               5/17/97
SIGNATURE OF                                         DATE
TAXPAYER   [signature Betty G Dismore]               5-17-97
BY (SIGNATURE                                        DATE
AND TITLE)              OGDEN SERVICE CENTER
```

IF THIS OFFER IS EXECUTED BY A TAX MATTERS PARTNER, PLEASE INCLUDE TITLE WITH THE SIGNATURE.

RECEIVED IN CORRES

NOTE:  THE EXECUTION AND FILING OF THIS OFFER WILL EXPEDITE THE
ADJUSTMENT OF TAX LIABILITY.                    MAY 19 1997

    IF THIS OFFER IS EXECUTED WITH RESPECT TO A YEAR FOR WHICH A JOINT
    RETURN OF A HUSBAND AND WIFE WAS FILED, IT MUST BE SIGNED BY BOTH
    SPOUSES, UNLESS ONE SPOUSE, ACTING UNDER A POWER OF ATTORNEY, SIGNS
    AS AGENT FOR THE OTHER.

    IF THE TAXPAYER IS A CORPORATION, THE OFFER MUST BE SIGNED WITH THE
    CORPORATE NAME FOLLOWED BY THE SIGNATURE AND TITLE OF THE OFFICER
    AUTHORIZED TO SIGN.

    THIS OFFER MAY BE EXECUTED BY THE TAXPAYER'S ATTORNEY OR AGENT
    PROVIDED THIS ACTION IS SPECIFICALLY AUTHORIZED BY A POWER OF
    ATTORNEY, WHICH, IF NOT PREVIOUSLY FILED, MUST ACCOMPANY THIS FORM.

    THE SUBMISSION OF THIS OFFER BY YOU AND THE ACCEPTANCE OF THE OFFER
    FOR THE COMMISSIONER MAY RESULT IN AN ADDITIONAL TAX LIABILITY TO
    YOU PLUS INTEREST AS PROVIDED BY LAW. IF THE RESULT IS A DECREASE
    IN TAX, THE AMOUNT OF THE DECREASE WILL BE SENT TO YOU WITH INTEREST
    AS PROVIDED BY LAW.

```
              DATE ACCEPTED FOR       SIGNATURE
FOR           COMMISSIONER
INTERNAL         JUL 17 1997          [signature]
REVENUE       ------------------------------------------------
USE ONLY      OFFICE                  OFFICE TITLE
              SALT LAKE CITY APPEALS OFFICE    Associate Chief
                                              FORM 870-P(AD)(5-88)
```

011

Internal Revenue Service
Kansas City, MO 64999

Mail Stop 4100 A10

Department of the Treasury

Date JAN 2 0 1998

Donald L. and Betty G. Dismore
1132 Whisperiing Oaks
Desoto, TX 75115-7407

Contact Person: V. Rivers
Report Writing Unit
Telephone Number: (913) 344-7665
(NOT TOLL FREE)
6:00 a.m.-3:30 p.m. Monday-Thursday
FAX Number: (913) 696-6305

Taxp███████fication Number:
████████

Partnership: Coachella 85 Partners
33-0122739

Dear Mr. and Mrs. Dismore:

The examination of the above flow-through organization in which you have invested has been completed. This audit resulted in no additional tax due from you for the above tax year.

If you have any questions about this matter, please write to the contact person shown at the top of this letter. Attach a copy of this letter to any correspondence to help us identify your case. Also, in the event that we need more information, please provide your telephone number and the most convenient time for us to call.

You may also call the telephone number shown above. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the Internal Revenue Service office listed in your local directory. An IRS employee there may be able to help you, but the office at the above address is most familiar with your case.

Thank you.

Sincerely,

Nancy L. Jones
Chief, Examination Branch

Enclosure:
  Notice 609

**EXHIBIT "C"**

KCSC-FL 95 (FL) (Rev. 9/90)

012

Internal Revenue Service
Kansas City, MO 64999

Mail Stop 4100 A10

Department of the Treasury

Date: JAN 2 0 1998

Donald L. and Betty G. Dismore
1132 Whispering Oaks
Desoto, TX 75115-7407

Contact Person: V. Rivers
Report Writing Unit

Telephone Number: (913) 344-7665
(NOT TOLL FREE)
6:00 a.m.-3:30 p.m. Monday-Thursday
FAX Number: (913) 696-6305

Taxpa███████ication Number:
███████s): 1985

Dear Mr. and Mrs. Dismore:

Enclosed are the tax calculations resulting from adjustments made on your flow-through investment. The enclosed report shows how adjustments made to the Coachella-85 Partners(33-0122739) affected your individual income tax return. The tax calculation report, Form 4549A-CG, does not require an agreement signature; it should be kept for your records. If you owe additional tax, you will receive a bill for the additional tax and interest.

If you have any questions about this matter, please write to the contact person shown at the top of this letter. Attach a copy of this letter to any correspondence to help us identify your case. Also, in the event that we need more information, please provide your telephone number and the most convenient time for us to call.

You may also call the telephone number shown above. If the number is outside your local calling area, there will be a long distance charge to you. If you prefer, you may call the Internal Revenue Service office listed in your local directory. An IRS employee there may be able to help you, but the office at the above address is most familiar with your case.

Thank you.

Sincerely,

Nancy L. Jones
Chief, Examination Branch

Enclosures:
Form 4549A-CG
Publication 1
Notice 609

NAME OF TAXPAYER
DISMORE, DONALD L. AND BETTY G.

YEAR/PERIOD ENDED
8512

STANDARD PARAGRAPHS:

| COACHELLA-85 PARTNERS | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| | (77,985.00) | (46,095.00) | 31,890.00 |

We adjusted your return in accordance with the partnership return, which has also been examined.

8512 - TAX YEAR INTEREST COMPUTATION TO 02/14/98

| | | |
|---|---|---|
| Total Tax Deficiency | | 15,945.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |

| | | |
|---|---|---|
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 15,945.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest |
|---|---|---|---|---|---|
| COMPOUND | 04/15/86-06/30/86 | 76 | 10.00 | 335.44 | 67.92 |
| COMPOUND | 07/01/86-12/31/86 | 184 | 09.00 | 755.56 | 159.04 |
| COMPOUND | 01/01/87-09/30/87 | 273 | 09.00 | 1,186.11 | 266.00 |
| COMPOUND | 10/01/87-12/31/87 | 92 | 10.00 | 465.07 | 109.55 |
| COMPOUND | 01/01/88-03/31/88 | 91 | 11.00 | 518.06 | 125.41 |
| COMPOUND | 04/01/88-09/30/88 | 183 | 10.00 | 984.54 | 247.85 |
| COMPOUND | 10/01/88-12/31/88 | 92 | 11.00 | 565.96 | 147.97 |
| COMPOUND | 01/01/89-03/31/89 | 90 | 11.00 | 570.58 | 153.14 |
| COMPOUND | 04/01/89-09/30/89 | 183 | 12.00 | 1,322.24 | 369.66 |
| COMPOUND | 10/01/89-12/31/89 | 92 | 11.00 | 636.64 | 185.13 |
| COMPOUND | 01/01/90-12/31/90 | 365 | 11.00 | 2,707.13 | 836.39 |
| COMPOUND | 01/01/91-03/31/91 | 90 | 11.00 | 714.54 | 233.47 |
| COMPOUND | 04/01/91-12/31/91 | 275 | 10.00 | 2,089.60 | 711.58 |
| COMPOUND | 01/01/92-03/31/92 | 91 | 09.00 | 651.56 | 230.37 |
| COMPOUND | 04/01/92-09/30/92 | 183 | 08.00 | 1,201.66 | 435.09 |
| COMPOUND | 10/01/92-12/31/92 | 92 | 07.00 | 544.02 | 201.24 |
| COMPOUND | 01/01/93-12/31/93 | 365 | 07.00 | 2,261.57 | 864.09 |
| COMPOUND | 01/01/94-06/30/94 | 181 | 07.00 | 1,181.59 | 468.52 |
| COMPOUND | 07/01/94-09/30/94 | 92 | 08.00 | 705.44 | 285.13 |
| COMPOUND | 10/01/94-12/31/94 | 92 | 09.00 | 810.80 | 332.60 |
| COMPOUND | 01/01/95-03/31/95 | 90 | 09.00 | 811.17 | 337.89 |
| COMPOUND | 04/01/95-06/30/95 | 91 | 10.00 | 933.03 | 394.89 |
| COMPOUND | 07/01/95-12/31/95 | 184 | 09.00 | 1,758.77 | 762.11 |
| COMPOUND | 01/01/96-03/31/96 | 91 | 09.00 | 897.28 | 397.51 |
| COMPOUND | 04/01/96-06/30/96 | 91 | 08.00 | 814.62 | 365.87 |
| COMPOUND | 07/01/96-12/31/96 | 184 | 09.00 | 1,914.48 | 878.05 |
| COMPOUND | 01/01/97-12/31/97 | 365 | 09.00 | 4,075.57 | 1,950.79 |
| COMPOUND | 01/01/98-02/14/98 | 45 | 09.00 | 528.34 | 260.71 |

| | | |
|---|---|---|
| Total Interest | 31,941.37 | 11,777.97 |
| Total TMT Interest | 11,777.97 | |
| Total Underpayment | 15,945.00 | |
| Total Penalties | 0.00 | |
| Total Amount Due | 59,664.34 | |

## 8512 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

1. Total corrected tax liability, Form 4549, line 11

2. Total corrected tax liability without regard to tax motivated transactions      272,585.00

3. Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000)      256,640.00

4. Tax Deficiency, Form 4549, line 13      15,945.00

5. Lesser of line 3 or line 4 - amount to which Section 6621(a) applies      15,945.00

     15,945.00


ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

COACHELLA-85 PARTNERS

     31,890.00

016

## `8512 SCHEDULE A - ITEMIZED DEDUCTIONS

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| 1. Medical, dental and insurance premiums | 0.00 | 0.00 | 0.00 |
| 2. 0.050 of Adjusted Gross Income | 30,183.00 | 31,778.00 | |
| 3. Net Medical and Dental Expense | 0.00 | 0.00 | 0.00 |
| 4. Taxes | 6,963.00 | 6,963.00 | 0.00 |
| 5. Home Interest Expense | 3,024.00 | 3,024.00 | 0.00 |
| 6. Other Interest Expense | 25,694.00 | 25,694.00 | 0.00 |
| 7. Total Interest Expense | 28,718.00 | 28,718.00 | 0.00 |
| 8. Contributions | 6,217.00 | 6,217.00 | 0.00 |
| 9. Casualty and Theft Losses | 0.00 | 0.00 | 0.00 |
| 10. Miscellaneous Deductions | 4,470.00 | 4,470.00 | 0.00 |
| 11. Sum of Lines 3, 4, 7, 8, 9 and 10 | 46,368.00 | 46,368.00 | 0.00 |
| 12. Zero Bracket Amount | 3,540.00 | 3,540.00 | 0.00 |
| 13. EXCESS ITEMIZED DEDUCTIONS Line 11 less Line 12 | 42,828.00 | 42,828.00 | 0.00 |

Income Tax Examination Changes

| Name of Taxpayer: DISMORE, DONALD L. .   BETTY G. | SS or EI Number: ▮▮▮ | Return Form No.  1040 |
|---|---|---|

| 17. Penalties | Tax Year End 12/31/85 | Tax Year End | Tax Year End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 15,945.00 | | |

Summary of Taxes, Penalties and Interest:

| | | | | |
|---|---|---|---|---|
| A. | Balance due or Overpayment of Taxes (line 16, page 1) | 15,945.00 | | |
| B. | Penalties (line 18, page 2) (computed to 02/14/98) | | | |
| C. | Interest (IRC 6601) (computed to 02/14/98) | 31,941.37 | | |
| D. | TMT Interest (computed to 02/14/98 on TMT underpayment) | 11,777.97 | | |
| E. | Amount due or refund (sum of lines A. B. C. and D.) | 59,664.34 | | |

Other Information:

| Examiner's Signature    V. Rivers | District    Kansas City Service Center | Date    01/15/98 |
|---|---|---|

RGS Ver. 3.97.02        Page 2 of 2        Form 4549A-CG (Rev. 1-91)

Income Tax Examination Changes

| Name and Address of Taxpayer | | SS or EI Number: ▮ | | |
|---|---|---|---|---|
| DISMORE, DONALD L. AND BETTY G.<br>1132 WHISPERING OAKS<br>DESOTO          TX  75115-7407 | | | | Return Form No.<br>1040 |
| | | Person with whom examination changes were discussed | Name and Title | |
| **1. Adjustments to Income** | | Tax Year End 12/31/85 | Tax Year End | Tax Year End |
| | A. COACHELLA-85 PARTNERS | $          31,890.00 | $ | $ |
| | B. | | | |
| | C. | | | |
| | D. | | | |
| | E. | | | |
| | F. | | | |
| | G. | | | |
| | H. | | | |
| | I. | | | |
| | J. | | | |
| | K. | | | |
| | L. | | | |
| | M. | | | |
| | N. | | | |
| | O. | | | |
| | P. | | | |
| | Q. | | | |
| | R. | | | |
| | S. | | | |
| **2. Total Adjustments** | | 31,890.00 | | |
| **3. Taxable Income Per Return or as Previously Adjusted** | | 556,675.00 | | |
| **4. Corrected Taxable Income** | | 588,565.00 | | |
| | Tax Method | TAX RATE | | |
| | Filing Status | JOINT | | |
| **5. Tax** | | 274,924.00 | | |
| **6. Additional Taxes** | | | | |
| **7. Corrected Tax Liability** | | 274,924.00 | | |
| **8. Less Credits** | A. POLITICAL CONTRIBUTION | 100.00 | | |
| | B. GENERAL BUSINESS CREDIT | 2,254.00 | | |
| | C. | | | |
| | D. | | | |
| **9. Balance (Line 7 less total of lines 8A through 8D)** | | 272,570.00 | | |
| **10. Plus Other Taxes** | A. ITC RECAPTURE | 15.00 | | |
| | B. | | | |
| | C. | | | |
| | D. | | | |
| **11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D)** | | 272,585.00 | | |
| **12. Total Tax Shown on Return or as Previously Adjusted** | | 256,640.00 | | |
| **13. Adjustments to** | A. Special Fuels Credit | | | |
| | B. | | | |
| **14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13)** | | 15,945.00 | | |
| **15. Adjustments to Prepayment Credits** | | | | |
| **16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties)** | | $          15,945.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

GS Ver. 3.97.02

Form 4549A-CG  (Rev. 1-91)

Department of the Treasu
Internal Revenue Service

AUSTIN, TX   73301

Date of this notice    MAR. 30, 1█
Taxpayer Indentifying Number
Form 1040              Tax Period: D█

╎.╎╎.╎╎..╎╎╎...╎╎.╎╎.╎╎..╎╎...╎╎...╎╎.╎╎.╎╎╎..╎╎╎╎.╎

DONALD L & BETTY G  DISMORE
1132 WHISPERING OAKS
DESOTO  TX   75115-7407328

For assistance you may
call us at:

1-800-829-8815

CALLER ID:  515888

## WE CHANGED YOUR ACCOUNT

THE CHANGE(S) BELOW RESULTED FROM AN EXAMINATION OF YOUR TAX RETURN SHOWN
ABOVE.  PLEASE SEE YOUR COPY OF THE EXAMINATION REPORT FOR A DETAILED EXPLANATION
OF THE CHANGES.

IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT THE NUMBER LISTED ABOVE.

### STATEMENT OF ACCOUNT

COUNT BALANCE BEFORE EXAMINATION ACTION                    NONE

INCREASE IN TAX BECAUSE OF EXAMINATION ACTION      $15,945.00
INTEREST CHARGED                                    41,709.63

AMOUNT YOU NOW OWE                    .            $57,654.63

PLEASE PAY THE FULL AMOUNT BY APR. 20, 1998.  IF YOU'VE ALREADY PAID YOUR TAX
IN FULL OR ARRANGED FOR AN INSTALLMENT AGREEMENT, PLEASE DISREGARD THIS NOTICE.

IF YOU HAVEN'T PAID, MAIL YOUR CHECK OR MONEY ORDER AND THE TEAR-OFF STUB
FROM THE LAST PAGE OF THIS NOTICE.  MAKE YOUR CHECK PAYABLE TO INTERNAL REVENUE
SERVICE AND WRITE YOUR SOCIAL SECURITY NUMBER ON IT.  IF YOU CAN'T PAY IN FULL,
PLEASE CALL US TO DISCUSS PAYMENT.

# EXHIBIT "D"



1040
1985    DONALD DISMORE
511 W. JEFFERSON  948-7396
DALLAS,    752U6

PAY TO THE
ORDER OF   IRS

Fifty Sev

Swiss Av    ue Bar
TWELFTH AT    P.O. BOX
DALLAS,    S 75208
(214) 948    00

MEMO

8 7854        1896
32-520/1110
4/6/0 8  19
$ 57,654. 63
Thousand Fifty Four 63/100    DOLLARS

021

AS ORIGINALLY FILED

AS AMENDED

| FORM 1040 | Department of the Treasury — Internal Revenue Service | | | |
|---|---|---|---|---|
| | U.S. Individual Income Tax Return | 1995 | IRS Use Only — Do not write or staple in this space. | |

For the year Jan. 1 – Dec. 31, 1995, or other tax year beginning , 1995, ending , 19     OMB No. 1545-0074

**Label** (See instructions on page 11.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: DONALD T. DISMORE  Last name

1132 WHISPERING OAKS

DESOTO, TX 75115

Paperwork Reduction Act Notice, see page 7.

**Presidential Election Campaign** (See page 11.)

Do you want $3 to go to this fund? .......... Yes [ ] No [X]

If a joint return, does your spouse want $3 to go to this fund? .......... Yes [ ] No [X]

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (See page 11.) Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's soc. sec. no. above & full name here ▶
4 [ ] Head of household (with qualifying person). (See page 12.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19    ). (See page 12.)

**Exemptions** (See page 12.)

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2 ....... 

b [X] Spouse ..................................................................

c Dependents:
(1) First Name    Last name    (2) Dependent's social security number. If born in 1995, see page 13.    (3) Dependent's relationship to you    (4) No. of mos. lived in your home in 1995

No. of boxes checked on 6a and 6b: **2**

No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation (see page 14)

Dependents on 6c not entered above

d If your child didn't live with you but is claimed as your dep. under pre-1985 agreement, check .. ▶ [ ]

e Total number of exemptions claimed ......................................

Add numbers entered on lines above ▶ **2**

**Income**

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ........................... | 7 | 27,820 |
| 8a | Taxable interest income (see page 15). Attach Schedule B if over $400 .... | 8a | 65,291 |
| 8b | Tax-exempt interest (see page 15). DON'T include on line 8a. [ 8b ] | | |
| 9 | Dividend income. Attach Schedule B if over $400 ....................... | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 15). | 10 | |
| 11 | Alimony received ................................................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ................... | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D ............................. | 13 | -3,000 |
| 14 | Other gains or (losses). Attach Form 4797 ............................ | 14 | |
| 15a | Total IRA distributions ...... [ 15a ]  b Taxable amount (page 16) | 15b | |
| 16a | Total pensions and annuities ..... [ 16a ]  b Taxable amount (page 16) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. | 17 | 17,739 |
| 18 | Farm income or (loss). Attach Schedule F ............................. | 18 | |
| 19 | Unemployment compensation (see page 17) ............................ | 19 | |
| 20a | Social security benefits ..... [ 20a ]  b Taxable amount (pg. 18) | 20b | |
| 21 | Other income. See Statement 1 | 21 | 90,528 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 198,378 |

**Adjustments to Income**

| | | | |
|---|---|---|---|
| 23a | Your IRA deduction (see page 19) ............ [ 23a ] | | |
| b | Spouse's IRA deduction (see page 19) ........ [ 23b ] | | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F .. [ 24 ] | | |
| 25 | One-half of self-employment tax ............. [ 25 ] 3,261 | | |
| 26 | Self-employed health insurance deduction (see page 21) .. [ 26 ] | | |
| 27 | Keogh & self-employed SEP plans. If SEP, check ▶ [ ] [ 27 ] | | |
| 28 | Penalty on early withdrawal of savings ........ [ 28 ] | | |
| 29 | Alimony paid. Recipient's SSN ▶ [ 29 ] | | |
| 30 | Add lines 23a through 29. These are your total adjustments ........... ▶ | 30 | 3,261 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 31 | Subtract line 30 from line 22. This is your adjusted gross income. If less than $26,673 and a child lived with you (less than $9,230 if child didn't live with you), see "Earned Income Credit" on pg. 27. ▶ | 31 | 195,117 |

Form 1040 (1995)

*Handwritten annotations:*

Loss on Partnership Termination

198,378
(31,890)◄

(3,261)

163,227

022

AS ORIGINALLY FILED



AS AMENDED

163,227

...D L. AND BETTYE G. DISMORE   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                        Page 2

| | | | |
|---|---|---|---|
| ...ount from line 31 (adjusted gross income). | | 32 | 195,117 |

33 a Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind.
   Add the number of boxes checked above and enter the total here ▶ 33a ☐
 b If your parent (or someone else) can claim you as a dependent, check here . . . . . . . . ▶ 33b ☐
 c If you are married filing separately and your spouse itemizes deductions or you are
   a dual-status alien, see page 23 and check here . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 33c ☐

OR

34 Enter the larger of your:
  Itemized deductions from Schedule A, line 28, OR
  Standard deduction shown below for your filing status. But if you checked any box on line 33a or b, go to page 23 to find your standard deduction.
  If you checked box 33c, your standard deduction is zero.
  ● Single – $3,900    ● Married filing jointly or Qualifying widow(er) – $6,550
  ● Head of household – $5,750    ● Married filing separately – $3,275

| | | | |
|---|---|---|---|
| 34 | | 34 | 59,930 |
| 35 Subtract line 34 from line 32 | | 35 | 135,117 |
| 36 If line 32 is $86,025 or less, multiply $2,500 by the total number of exemptions claimed on line 6e. If line 32 is over $86,025, see the worksheet on page 23 for the amount to enter | | 36 | 4,000 |
| 37 Taxable income. Subtract line 36 from line 35. If line 36 is more than line 35, enter -0-. | | 37 | 131,187 |
| 38 Tax. Check if from  a ☐ Tax Table,  b ☒ Tax Rate Schedules,  c ☐ Capital Gain Tax Worksheet, or  d ☐ Form 8615 (see page 24). Amount from Form(s) 8814 . . . ▶ e | | 38 | 32,770 |
| 39 Additional taxes. Check if from  a ☐ Form 4970   b ☐ Form 4972 | | 39 | |
| 40 Add lines 38 and 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 40 | 32,770 |
| 41 Credit for child and dependent care expenses. Att. Form 2441. . . . . . | 41 | | |
| 42 Credit for the elderly or the disabled. Attach Schedule R . . . . . . . . . | 42 | | |
| 43 Foreign tax credit. Attach Form 1116 . . . . . . . . . . . . . . . . . . . . . | 43 | | |
| 44 Other credits (see page 25). Check if from  a ☐ Form 3600   b ☐ Form 8396  c ☐ Form 8801  d ☐ Form | 44 | | |
| 45 Add lines 41 through 44 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 45 | |
| 46 Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- . . . . . . . . . . . . ▶ | | 46 | 32,770 |
| 47 Self-employment tax. Attach Sch. SE . . . . . . . . . . . . . . . . . . . . | | 47 | 6,521 |
| 48 Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . | | 48 | |
| 49 Recapture taxes. Check if from  a ☐ Form 4255   b ☐ Form 8611  c ☐ Form 8828 . . . . . | | 49 | |
| 50 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 . . . . . | | 50 | |
| 51 Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 . . . . . | | 51 | |
| 52 Advance earned income credit payments from Form W-2 . . . . . . . . . . . . . . . . . | | 52 | |
| 53 Household employment taxes. Attach Schedule H . . . . . . . . . . . . . . . . . . . . | | 53 | |
| 54 Add lines 46 through 53. This is your total tax . . . . . . . . . . . . . . . . . . . . . ▶ | | 54 | 39,291 |
| 55 Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ | 55 | | |
| 56 1995 estimated tax payments and amount applied from 1994 return . . | 56 | | |
| 57 Earned income credit. Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amount ▶ and type ▶ | NO 57 | | |
| 58 Amount paid with Form 4868 (extension request) . . . . . . . . . . . . . | 58 | 28,277 | |
| 59 Excess social security and RRTA tax withheld (see page 32) . . . . . . | 59 | | |
| 60 Other payments. Check if from  a ☐ Form 2439  b ☐ Form 4136 . . . | 60 | | |
| 61 Add lines 55 through 60. These are your total payments . . . . . . . . . . . . . . . . . ▶ | | 61 | 28,277 |
| 62 If line 61 is more than line 54, subtract line 54 from line 61. This is the amount you OVERPAID . . . | | 62 | |
| 63 Amount of line 62 you want REFUNDED TO YOU . . . . . . . . . . . . . . . . . . . . . ▶ | | 63 | |
| 64 Amount of line 62 you want APPLIED TO 1996 ESTIMATED TAX . ▶ | 64 | | |
| 65 If line 54 is more than line 61, subtract line 61 from line 54. This is the AMOUNT YOU OWE. For details on how to pay and use Form 1040-V, Payment Voucher, see page 33 . . . . . . . . . . ▶ | | 65 | 13,159 |
| 66 Estimated tax penalty (see page 33). Also include on line 65 . . . . . . | 66 | 2,145 | |

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| | | EXECUTIVE |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's |
|---|---|---|---|
| ROBERT D. SMITH | | | |
| Firm's name (or yours if self-employed) and address | Smith, Williams & Co. | E.I. No. 75-1827749 | |
| | 1636 N. Hampton Rd. Ste. 108 | | |
| | Desoto, TX | ZIP code 75115 | |

Late Payment    330 Interest    507 Total Due    13,996

< 60,887 >

< 5000 >

97,340

22,273

6,521

28,794

AS ORIGINALLY FILED

AS AMENDED

## Schedule A—Itemized Deductions

| | | | OMB No. 1545-0074 |
|---|---|---|---|
| ▶ Attach to Form 1040. | ▶ See Instructions for Schedules A and B (Form 1040). | | **1995** Attachment Sequence No. **07** |

(Form 1040)

_LD L. AND BETTYE G. DISMORE_

Your social security number ████████

| | | Caution: Do not include expenses reimbursed or paid by others. | | | |
|---|---|---|---|---|---|
| cal and Dental Expenses | 1 | Medical and dental expenses (see page A-1)........... | 1 | | |
| | 2 | Enter amount from Form 1040, line 32.... | 2 | | |
| | 3 | Multiply line 2 above by 7.5% (.075)................ | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0-...... | 4 | 0 |
| Taxes You Paid | 5 | State and local income taxes.......................... | 5 | | |
| (page A-1) | 6 | Real estate taxes (see page A-2)................ | 6 | 6,225 | |
| | 7 | Personal property taxes............................ | 7 | | |
| | 8 | Other taxes – List type and amount ▶ _____ | | | |
| | | _____ | | | |
| | | _____ | 8 | | |
| | 9 | Add lines 5 through 8................................ | 9 | 6,225 |
| Interest You Paid | 10 | Home mortgage interest and points reported on Form 1098..... | 10 | 44,610 | |
| (page A-3) | 11 | Home mortgage interest not reported on Form 1098. If paid to the person from whom you bought the home, see page A-3 & show that person's name, ID no. & address ▶ _____ | | | |
| | | _____ | | | |
| | | _____ | 11 | | |
| | 12 | Points not reported on Form 1098. See page A-3...... | 12 | | |
| | 13 | Investment interest. If required, attach Form 4952. (See page A-3)............................ | 13 | | |
| | 14 | Add lines 10 through 13............................ | 14 | 44,610 |
| Gifts to Charity | 15 | Gifts by cash or check. If any gift of $250 or more, see pg. A-3 ..... | 15 | 11,508 | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. If over $500, you MUST attach Form 8283 ......... | 16 | | |
| | 17 | Carryover from prior year................... | 17 | | |
| | 18 | Add lines 15 through 17............................ | 18 | 11,508 |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.)..... | 19 | 0 |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed employee expenses – job travel, union dues, job education, etc. If required, you MUST attach Form 2106 or 2106-EZ. (See page A-5.) ▶ _____ | | | |
| | | _____ | | | |
| | | _____ | 20 | | |
| | 21 | Tax preparation fees................. | 21 | | |
| | 22 | Other expenses – investment, safe deposit box, etc. List type and amount ▶ AMCOR LP IRS AUDIT _____ 1,112 | | | |
| | | _____ | | | |
| | | _____ | 22 | 1,132 | |
| | 23 | Add lines 20 through 22............................ | 23 | 1,132 | |
| | 24 | Enter amount from Form 1040, line 32.... | 24 | 195,117 | |
| | 25 | Multiply line 24 above by 2% (.02)........... | 25 | 3,902 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- ..... | 26 | 0 |
| Other Miscellaneous Deductions | 27 | Other – from list on page A-5. List type and amount ▶ _____ | | | |
| | | _____ | 27 | 0 |
| Total Itemized Deductions | 28 | Is Form 1040, line 32, over $114,700 (over $57,350 if married filing separately)? NO.  Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also enter on Form 1040, line 34, the larger of this amount or your standard deduction. YES. Your deduction may be limited. See page A-5 for the amount to enter. } | 28 | 59,930 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.                    Schedule A (Form 1040) 1995

Handwritten (right margin, "AS AMENDED"):

6225

44,610

11,508

Limitation
<1,456>

60,887

024

# Capital Gains and Losses

OMB No. 1545-0074

1995

► Attach to Form 1040.   ► See Instructions for Schedule D (Form 1040).
► Use lines 20 and 22 for more space to list transactions for lines 1 and 9.

Department of the Treasury
Internal Revenue Service

Attachment Sequence No. **12**

Name(s) shown on Form 1040

DONALD L. AND BETTYE G. DISMORE

## Part I — Short–Term Capital Gains and Losses – Assets Held One Year or Less

| (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D–3) | (e) Cost or other basis (see page D–3) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 2 | Enter your short–term totals, if any, from line 21 . . . . . . . . . . . . . . . . | 2 | |
| 3 | Total short–term sales price amounts. Add column (d) of lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Short–term gain from Forms 2119 and 6252, and short–term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Net short–term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K–1 . | 5 | |
| 6 | Short–term capital loss carryover. Enter the amount, if any, from line 9 of your 1994 Capital Loss Carryover Worksheet . . . . . . . . . . . . . . . . | 6 | |
| 7 | Add lines 1 through 6, in columns (f) and (g) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 ( ) | |
| 8 | Net short–term capital gain or (loss). Combine columns (f) and (g) of line 7 . . . . . . . . . . . . . . . . . ► | 8 | |

## Part II — Long–Term Capital Gains and Losses – Assets Held More Than One Year

AS ORIGINALLY

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 10 | Enter your long–term totals, if any, from line 23 . . . . . . . . . . | 10 | |
| 11 | Total long–term sales price amounts. Add column (d) of lines 9 and 10. . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Gain from Form 4797; long–term gain from Forms 2119, 2439, and 6252; and long–term gain or (loss) from Forms 4684, 6781, and 8824. . . . . . . . . . . . . . . . . . . . . | 12 | 684 |
| 13 | Net long–term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K–1. . | 13 | |
| 14 | Capital gain distributions . . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | Long–term capital loss carryover. Enter the amount, if any, from line 14 of your 1994 Capital Loss Carryover Worksheet . . . . . . . . . . . . . . . | 15 | 111,194 |
| 16 | Add lines 9 through 15, in columns (f) and (g) . . . . . . . . . . . . . . . . . . . . | 16 | ( 111,194 ) | 684 |
| 17 | Net long–term capital gain or (loss). Combine columns (f) and (g) of line 16 . . . . . . . . . . . . . . . . . . . . . . . . . ► | 17 | –110,510 |

## Part III — Summary of Parts I and II

| | | | |
|---|---|---|---|
| 18 | Combine lines 8 and 17. If a loss, go to line 19. If a gain, enter the gain on Form 1040, line 13. Note: If both lines 17 and 18 are gains, see the **Capital Gain Tax Worksheet** on page 24 . . . . . . . . . . . . . . . . . . . . . . . . | 18 | –110,510 |
| 19 | If line 18 is a (loss), enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses: | | |
| | a The loss on line 18; or | | |
| | b ($3,000) or, if married filing separately, ($1,500) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | ( 3,000 ) |
| | Note: See the **Capital Loss Carryover Worksheet** on page D–3 if the loss on line 18 exceeds the loss on line 19 or if Form 1040, line 35, is a loss. | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule D (Form 1040) 1995

KFA

025

EXCERPTS FROM REV. RUL. 93-80

26 CFR 1.731-1: Extent of recognition of gain or loss on distribution.
(Also Sections 165, 741, 752, 1011.)

Abandonment or worthlessness of a partnership interest. A loss incurred on the abandonment or worthlessness of a partnership interest is an ordinary loss if sale or exchange treatment does not apply. If there is an actual or deemed distribution to the partner, or if the transaction is otherwise in substance a sale or exchange, the partner's loss is capital (except as provided in section 751(b) of the Code). Rev. Rul. 70-355 clarified and superseded; Rev. Rul. 76-189 revoked.

REV. RUL. 93-80

ISSUE

Is a loss incurred on the abandonment or worthlessness of a partnership interest a capital or an ordinary loss?

In Rev. Rul. 70-355, 1970-2 C.B. 51, a taxpayer paid cash for an interest as a limited partner in a partnership, and the taxpayer's capital account was credited with an amount less than the cash paid. The partnership agreement provided that losses would first be allocated against each partner's capital account and any balance would be shared only by the general partners. In a subsequent taxable year, the partnership sustained a loss in its business operations, entered into bankruptcy, and dissolved. The taxpayer's distributive share of the partnership loss for the taxable year reduced the taxpayer's capital account to zero. In addition, the taxpayer's adjusted basis in the partnership interest, which was greater than the taxpayer's capital account, was reduced by the taxpayer's distributive share of the loss. However, the taxpayer's adjusted basis in the partnership interest was not reduced to zero. The taxpayer did not receive any cash or other consideration in liquidation of the taxpayer's partnership interest.

Rev. Rul. 70-355 concludes that the taxpayer's loss is deductible as an ordinary loss under section 165(a) of the Code. The taxpayer's loss was composed of the taxpayer's distributive share of the partnership loss equal to the taxpayer's capital account and the balance of the taxpayer's adjusted basis in the partnership interest.

In Rev. Rul. 76-189, 1976-1 C.B. 181, D purchased a one-third interest in the ABC partnership from taxpayer A. ABC sustained a net loss from its business operations for the taxable year and terminated at the end of that taxable year. At termination, ABC had no remaining assets or liabilities. D's distributive share of the partnership loss did not reduce D's basis in D's partnership interest to zero.



**EXHIBIT "B"**

026

Rev. Rul. 76-189 concludes that D has an ordinary loss deduction for D's distributive share of the partnership loss under section 702(a) of the Code and a capital loss deduction for any remaining adjusted basis in D's partnership interest under section 731(a) on the date the partnership terminated. This was so even though there was no actual or deemed distribution from the partnership.

Partner D in Rev. Rul. 76-189 satisfied all of the requirements for ordinary loss treatment. Partner D did not receive any actual distributions, and D was not deemed to receive any distributions under section 752(b) of the Code as a result of liability shifts. Nevertheless, Rev. Rul. 76-189 denied D ordinary loss treatment because the Service concluded that for partnership terminations section 731 applied as if an actual distribution had taken place. The Service will no longer follow Rev. Rul. 76-189.

The taxpayer in Rev. Rul. 70-355 also satisfied all of the requirements for ordinary loss treatment. Unlike Rev. Rul. 76-189, however, Rev. Rul. 70-355 concludes that the taxpayer's loss is ordinary without discussing the relevance of partnership liabilities in determining whether a partner has an ordinary loss under section 165(a) of the Code upon the abandonment or worthlessness of a partnership interest. Further, some taxpayers have interpreted the partnership's bankruptcy as an essential fact in Rev. Rul. 70-355. Thus, although the conclusion in Rev. Rul. 70-355 is consistent with the conclusion in this revenue ruling, to avoid further confusion, Rev. Rul. 70-355 is clarified and superseded.

## HOLDING

A loss incurred on the abandonment or worthlessness of a partnership interest is an ordinary loss if sale or exchange treatment does not apply. If there is an actual or deemed distribution to the partner, or if the transaction is otherwise in substance a sale or exchange, the partner's loss is capital (except as provided in section 751(b)).

## EFFECTS ON OTHER REVENUE RULINGS

Rev. Rul. 70-355 is clarified and superseded. Rev. Rul. 76-189 is revoked.

C:\DOCS\PRTNRSHP.P\TERM.LOS

INTERNAL REVENUE SERVICE    DEPARTMENT OF THE TREASURY
P.O. Box 630 (Stop 639)
Holtsville, NY 11742

Date:  December 18, 2002

Donald L. & Bettye G. Dismore
c/o Thomas E. Redding
2914 West T.C. Jester
Houston, Texas 77018-7010

Taxpayer Id ▮▮▮▮▮
Kind of Tax: Income
Amount of Claim: $10,497
Date Claim Received: April 1, 1999
Tax Period Ending: December 31, 1995
Project Partnership: AMCOR

*I ogged ysf*

**CERTIFIED MAIL  7001 0320 0002 5580 6937**

Dear Mr. & Mrs. Dismore:

This letter is your legal notice that we have disallowed your claim. We can't allow your claim for refund or credit for the period shown above for the reason listed below.

You have requested a deduction for an ordinary loss equal to your remaining basis in an AMCOR partnership. This treatment is based on abandonment or termination of that partnership interest. Internal Revenue Code section 165 governs these types of losses and states they are limited to losses incurred in a trade of business, incurred in a transaction entered into to for profit or losses arising from fire...or other casualty or theft. The various AMCOR partnerships were shams and had no economic substance. Thus, no loss is allowed under IRC section 165. The determination of profit motive is a partnership item determined at the partnership level.

A determination was made that allows for the capital treatment of these losses. You may send a new claim to the address shown on this letter. Please label your claim(s) as "AMCOR claim" including a copy of the audit report and the tax return(s) for the year(s) of the claim(s).

If you do not agree with our decision, you may file a lawsuit with the United States District Court having jurisdiction or with the United States Court of Federal Claims. These courts are independent bodies and have no connection with the Internal Revenue Service. The law permits you to do this within 2 years from the mailing date of this letter.

If you have any questions, please write to us at the address shown at the top of this letter. You may also call Beth Delfoss at (631) 447-4594 between the hours of 8:00am and 3:00pm EST Monday thru Friday. If the number is outside your local calling area, there will be a long distance charge to you.

Sincerely yours,

*Lynne Walsh*

Lynne Walsh, Field Director
Compliance Services

Enclosure(s): Publication 1
Copy of this notice

028