cc: Seigel ✓
Schmidt ✓
Sheptak/Rabinovitz (Fax)
7/31

# SOUTHERN CALIFORNIA APPEALS OFFICE

JERRY GOSSETT
INTERNAL REVENUE SERVICE
APPEALS OFFICE
24000 AVILA ROAD, SUITE 4404
LAGUNA NIGUEL, CA 92677
(714) 360-2943 FAX NUMBER: (714) 360-2925

## FACSIMILE COVER SHEET

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication may be strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the communication to the above address via the United States Postal Service. Thank you.

Date: July 30, 1997

To: Jim Joseph @ (202) 942-5999

From: Jerry Gossett, Appeals Officer

Subject: IRC 447/481 figures for 1995 & 1996

Total number of pages (including this coversheet): 4

Comments:

Transmitted is a corrected list of IRC 447/481 figures for all affected partnerships and computations for the two flow-thru partnerships affected. These figures may be used by partners who settled and are entitled to file claims for the 1995 and/or 1996 years.

EXHIBIT P-1

TO B submitted

4/12/01

AMCOR Partnership Cases – Amount of IRC section 447/481 deferred income reported in 1995 & 1996.
Prepared by Jerry Gossett, Laguna Niguel Appeals (714) 360–2931.

07/25/97
Files\Amcor\Sttlment\447List2.Wk3

| PARTNERSHIP | 1st YR. | EIN | 1995 "447/481" Income Reported by partnership | 1995 Partnership Income to reverse for Settlement * | 1996 "447/481" Income Reported by partnership | 1996 Partnership Income to reverse for Settlement * | 1997 "447/481" Income Reported by partnership | 1997 Ptrship Income to reverse for Settlement * |
|---|---|---|---|---|---|---|---|---|
| Agri–Cal Ventures Assoc. | 8611 | 33–0189461 | 2,931,444 | *** 2,110,640 | 2,931,442 | 2,110,638 | NONE | NONE |
| Agri–Venture Fund | 8512 | 33–0115708 | 2,734,709 | *** 1,832,255 | NONE | 0 | NONE | NONE |
| Agri–Venture – 1985 | 8512 | 33–0094110 | 1,451,114 | 972,246 | NONE | 0 | NONE | NONE |
| Canyon Desert Vineyards | 8512 | 33–0098218 | None after 1993 | 0 | None after 1993 | 0 | NONE | NONE |
| Coachella Fruit Growers | 8611 | 33–0191770 | 894,808 | 644,260 | NONE | 0 | NONE | NONE |
| Coachella–85 Partners | 8512 | 33–0122739 | 694,720 | 465,462 | NONE | 0 | NONE | NONE |
| Columbia Basin Growers | 8512 | 33–0117940 | None after 1993. | 0 | None after 1993 | 0 | NONE | NONE |
| Crop Associates – 1986 | 8612 | 33–0205104 | 1987 was final return. | 0 | 1987 was final return | 0 | NONE | NONE |
| Desert Highland Vineyards | 8512 | 33–0121107 | None after 1993 | 0 | None after 1993 | 0 | NONE | NONE |
| Dixie Ventures – 1985 | 8512 | 33–0099818 | None after 1994 | 0 | None after 1994 | 0 | NONE | NONE |
| Dixie Ventures – 1986 | 8611 | 33–0178161 | 185,987 | 133,911 | 185,987 | 133,911 | NONE | NONE |
| El Rancho Vineyards | 8512 | 33–0125524 | None after 1993 | 0 | None after 1993 | 0 | NONE | NONE |
| Emperor Seedless–85 | 8512 | 33–0112157 | None after 1993 | 0 | None after 1993 | 0 | NONE | NONE |
| Houston Farm Assoc. II | 8512 | 33–0112158 | 692,206 | 463,778 | NONE | 0 | NONE | NONE |
| Indio Date Associates | 8512 | 33–0119949 | 537,627 | 360,210 | 537,627 | 360,210 | NONE | NONE |
| IVA – 1985 | 8512 | 33–0085123 | None after 1992 | 0 | None after 1992 | 0 | NONE | NONE |
| Rancho Calif. Partners | 8611 | 33–0175595 | 1989 was final return | 0 | 1989 was final return | 0 | NONE | NONE |
| Rancho Calif. Partners II | 8611 | 33–0190973 | 1,770,876 | 1,275,032 | 1,766,376 | 1,271,702 | NONE | NONE |
| Rancho Madera Partners | 8611 | 33–0176317 | None after 1993 | 0 | None after 1993 | 0 | NONE | NONE |
| Texas Farm Venturers | 8412 | 74–2339000 | 674,050 | 424,652 | NONE | 0 | NONE | NONE |
| USB–85 Associates | 8512 | 33–0120966 | 389,455 | 260,935 | NONE | 0 | NONE | NONE |
| USB–86 Associates | 8611 | 33–0195616 | 750,253 | 540,182 | 750,253 | 540,182 | NONE | NONE |
| U S Farm Partners–85 | 8512 | 33–0128490 | 1995 return not filed | 0 | NONE | 0 | NONE | NONE |
| U S Farm Partners–86 | 8611 | 33–0202577 | 395,008 | 284,406 | 395,008 | 284,406 | 395,008 | 284,406 |
| Vista Ag–Realty Partners | 8611 | 33–0194209 | 2,099,372 | 1,511,545 | NONE | 0 | NONE | NONE |
| Western Ag Venture | 8611 | 33–0169075 | 3,068,660 | 2,209,435 | NONE | 0 | NONE | NONE |

* Partnership settlement percentages: 1986 72%; 1985 67%; 1984 63%.
* To reverse partnership income, partners should use their first–year ownership percentage as shown on the schedule K–1 and multiply that times the amount shown in the column.
*** If you have agreed to all adjustments, including the flow–thru partnerships, use the figure on the attached "447 income flow–thru" page.

# SOUTHERN CALIFORNIA APPEALS OFFICE

JERRY GOSSETT, APPEALS OFFICER ID# 33-07813
INTERNAL REVENUE SERVICE APPEALS OFFICE
24000 AVILA ROAD, SUITE 4404
LAGUNA NIGUEL, CA 92677
(949) 360-6374 FAX NUMBER: (949) 360-2925

FACSIMILE COVER SHEET

Date: July 6, 1999

To: Thomas Redding @ FAX# (713) 621-5227
Voice# (713) 965-9244

Subject: Section 447/481 income information

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication may be strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the communication to the above address via the United States Postal Service. Thank you.

Total number of pages (including this coversheet): 2

Comments:

Included with this transmission is a copy of a corrected 447 Income Flow-Thru for Agri-Venture Fund Associates. It reflects the ownership percentage of 15.9794% for Houston Farm Assoc. and with your income figure for USB-85 Assoc. The middle column of figures reflect a reversal of 67% of the 447/481 income. I believe you indicated to me that you agree with the use of 67% rather than 100%. Please let me know if you agree with the figures so that I may send the corrections to the service centers. Thank you for your assistance.

EXHIBIT P-2

002

Exhibit C

07/06/99

447 Income Flow-Thru to AGRI-VENTURE FUND ASSOCIATES
1995 Income Tax Year 33-0115708

| Key Case Partnership | Ownership Percent * | Key Case Partnership Amount of 447 Income to Reverse | Agri-Venture Fund's Share of 447 Income to be Reversed ** |
|---|---|---|---|
| Columbia Basin Growers | 14.0685% | 0 | 0 |
| Desert Highland Vineyards | 3.9723% | 0 | 0 |
| Houston Farm Assoc. II | 15.9794% | 463,778 | 74,109 |
| Indic Date Associates | 12.4410% | 360,210 | 44,814 |
| USB-85 Associates | 6.6001% | 281,188 | 18,559 |
| Tota Flow-Thru Income to be Reversed: | | | 137,482 |
| Agri-Venture Fund Assoc. 447 Income to be Reversed: | | | 1,832,255 |
| **Total 1995 Income to be Reversed:** | | | 1,969,737 |

447 Income Flow-Thru to AGRI-VENTURE FUND ASSOCIATES
1996 Income Tax Year 33-0115708

| Key Case Partnership | Ownership Percent * | Key Case Partnership Amount of 447 Income to Reverse | Agri-Venture Fund's Share of 447 Income to be Reversed ** |
|---|---|---|---|
| Houston Farm Assoc. II | 15.9794% | 0 | 0 |
| Indio Date Associates | 12.4410% | 360,210 | 44,814 |
| Total Flow-Thru Income to be Reversed: | | | 44,814 |
| Agri-Venture Fund Assoc. 447 Income to be Reversed: | | | 0 |
| **Total 1996 Income to be Reversed:** | | | 44,814 |

** To reverse partnership income, partners should use their first-year ownership percentag as shown on the schedule K-1 and multiple that times the "total income to be reversed".

* Based on 1985 ownership percentage

AVF1995 income recapture.xls

# SOUTHERN CALIFORNIA APPEALS OFFICE

JERRY GOSSETT, APPEALS OFFICER ID# 33-07813
INTERNAL REVENUE SERVICE APPEALS OFFICE
24000 AVILA ROAD, SUITE 4404
LAGUNA NIGUEL, CA 92677
(949) 360-6374 FAX NUMBER: (949) 360-2925

FACSIMILE COVER SHEET

Date: July ~~8~~ 19, 1999

To: Thomas Redding @ FAX# (713) 621-5227
Voice# (713) 965-9244

Subject: Section 447/481 income information

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication may be strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the communication to the above address via the United States Postal Service. Thank you.

Total number of pages (including this coversheet): 2

Comments: Second transmission of this FAX.

Included with this transmission is a copy of a corrected 447 Income Flow-Thru for Agri-Venture Fund Associates. It reflects the ownership percentage of 15.9794% for Houston Farm Assoc. and with your income figure for USB-85 Assoc. The middle column of figures reflect a reversal of 67% of the 447/481 income. I believe you indicated to me that you agree with the use of 67% rather than 100%. Please let me know if you agree with the figures so that I may send the corrections to the service centers. Thank you for your assistance.

EXHIBIT P-3

Exhibit C 07/06/99

447 Income Flow-Thru to AGRI-VENTURE FUND ASSOCIATES
1995 Income Tax Year 33-0115708

| Key Case Partnership | Ownership Percent * | Key Case Partnership Amount of 447 Income to Reverse | Agri-Venture Fund's Share of 447 Income to be Reversed ** |
|---|---|---|---|
| Columbia Basin Growers | 14.0685% | 0 | 0 |
| Desert Highland Vineyards | 3.9723% | 0 | 0 |
| Houston Farm Assoc. II | 15.9794% | 463,778 | 74,109 |
| Indio Date Associates | 12.4410% | 360,210 | 44,814 |
| USB-85 Associates | 6.6001% | 281,188 | 18,559 |
| Total Flow-Thru Income to be Reversed: | | | 137,482 |
| Agri-Venture Fund Assoc. 447 Income to be Reversed: | | | 1,832,255 |
| **Total 1995 Income to be Reversed:** | | | **1,969,737** |

447 Income Flow-Thru to AGRI-VENTURE FUND ASSOCIATES
1996 Income Tax Year 33-0115708

| Key Case Partnership | Ownership Percent * | Key Case Partnership Amount of 447 Income to Reverse | Agri-Venture Fund's Share of 447 Income to be Reversed ** |
|---|---|---|---|
| Houston Farm Assoc. II | 15.9794% | 0 | 0 |
| Indio Date Associates | 12.4410% | 360,210 | 44,814 |
| Total Flow-Thru Income to be Reversed: | | | 44,814 |
| Agri-Venture Fund Assoc. 447 Income to be Reversed: | | | 0 |
| **Total 1996 Income to be Reversed:** | | | **44,814** |

** To reverse partnership income, partners should use their first-year ownership percentag as shown on the schedule K-1 and multiple that times the "total income to be reversed".

* Based on 1985 ownership percentage

AVF1995 income recapture.xls