# In The United States Court of Federal Claims

No. 04-1787T

(Filed: February 10, 2006)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On February 9, 2006, plaintiffs filed an unopposed motion for leave to file their response to defendant's motion to dismiss out of time. Accordingly:

(i) Plaintiffs' motion for leave to file the response out of time is hereby **DENIED**. *See* Special Procedures Order § 3(a)(i) (February 3, 2005).

(ii) The parties are reminded that this Court expects strict compliance with its Special Procedures Order, including the requirements for filing a motion out of time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge