IN THE UNITED STATES COURT of FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD L. DISMORE and BETTYE G. DISMORE | § | |
| | § | |
| Plaintiffs, | § | CIVIL NO. 04-1787T |
| v. | § | |
| | § | Judge Allegra |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME**

Plaintiffs Donald L. Dismore and Bettye G. Dismore move for leave to file their response to the Motion of the United States for Dismissal of Plaintiffs' §§447/481 Alternative Claim and Brief in Support Out of Time and in support would show the Court as follows:

Plaintiffs response was due February 3, 2006.

As the Court is aware, counsel for the various AMCOR partners has been ill for most of the month of January. That illness has delayed preparation of this response.

No motions to enlarge the time to file this response have been filed. A motion to enlarge was not timely filed because the deadline for responding was mistakenly calendared for Monday, February 6, 2006, and counsel was out of the office on Friday, February 3, 2006, when the mistake was discovered during the course of a conversation with opposing counsel.

The additional delay in responding has been due to counsel's inability to reach the Dismores to make the disclosure of untimely filing required by the Court's Special Procedure Order. That disclosure was made March 4, 2006. See the attached Certificate of Compliance.

Counsel for the United States represented to counsel for Plaintiffs that the United States would be unopposed to this motion, but would respectfully request that the United States' deadline for reply be enlarged if leave to file out of time is granted. The United States will be filing its own motion to enlarge the time to reply, to which Plaintiffs will not object.

WHEREFORE, Plaintiffs Donald L. Dismore and Bettye G. Dismore respectfully request leave to file the attached response.

Respectfully,

/s/ Teresa J. Womack

Teresa J. Womack
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Thomas E. Redding
Texas State Bar No. 16661300
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

I have communicated with Mr. Bart D. Jeffress, counsel for the United States, on several occasions regarding this motion, and the subsequent attempts to make the required disclosure to the Dismores. Counsel has represented to me that the United States is unopposed to the forgoing motion.

/s/ Teresa J. Womack

Teresa J. Womack