IN THE UNITED STATES COURT of FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD L. DISMORE and BETTYE G. DISMORE | § | |
| Plaintiffs, | § | CIVIL NO. 04-1787T |
| v. | § | Judge Allegra |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

**CERTIFICATE OF COMPLIANCE WITH SPECIAL PROCEDURES ORDER**

Pursuant to the Special Procedure Order issued by Judge Francis M. Allegra, Teresa J. Womack certifies the following:

I am the Counsel of Record for Donald D. Dismore and Bettye G. Dismore, the Plaintiffs in the above referenced case and am admitted to practice before this court. On the evening of March 4, 2006, I spoke with Plaintiff Donald D. Dismore and informed them that Plaintiff's Response in Opposition to the Motion of the United States for Dismissal of Plaintiffs' §§447/481 Alternative Claim and Brief in Support would be filed out of time. A copy of the motion for leave with the attached documents has been sent to the Dismores.

March 7, 2006

Teresa J. Womack

Teresa J. Womack

R:\DOCS\TAXCONT.T\TWWC3076.DI1.wpd