# In The United States Court of Federal Claims

No. 04-1787T

(Filed: March 8, 2006)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 7, 2006, plaintiffs filed an unopposed motion for leave to file their response to defendant's motion to dismiss out of time. Plaintiffs' motion is hereby **GRANTED**. On or before March 21, 2006, defendant shall file its reply.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge