IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1787 T

Judge Francis M. Allegra

---

DONALD L. DISMORE and BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

---

The United States respectfully moves the Court for an enlargement of time of 14 days, from March 21, 2006, to and including April 4, 2006, within which to file its reply to plaintiffs' response to the United States' motion to dismiss plaintiffs' §§ 447/481 alternative claim. This is the first enlargement requested for this purpose. Plaintiffs' counsel has advised that plaintiffs have no objection to the enlargement of time. In support of this motion, defendant submits the following:

1. On March 8, 2006, the Court granted plaintiffs' unopposed motion for leave to file their response to defendant's motion to dismiss out of time, and ordered defendant's reply to be filed on or before March 21, 2006. Plaintiffs had submitted their response earlier, on February 9, 2006, but the Court had not permitted it to be filed, denying, on February 10, 2006,

plaintiffs' motion to file the submitted response out of time.

2. When plaintiff's brief was submitted for filing on February 9, 2006, defendant's counsel was in Columbia, South Carolina, in an intensive, two-week civil trial advocacy training program for Department of Justice attorneys. The training program ended on February 16, 2006.

3. Since returning from the advocacy program, the defendant's attorney of record has

been required to devote the lion's share of his time to three other projects. First, he has prepared a lengthy and complex post oral argument supplemental brief in Electrolux Holdings, Inc. et. al. v. U.S., Fed. Cl. No. 05-450. The brief was submitted for internal review on March 9, 2006. Under the Court's order, it will be filed simultaneously with plaintiff's supplemental brief on March 24, 2006. Second, he prepared a response to the complaint in Charles H. Johnson and Kay A. Johnson v. U.S., Fed. Cl. No. 05-221. For jurisdictional reasons, the response in Johnson must be filed by March 22, 2006. Third, defendant's counsel has prepared a joint motion to stay proceedings in AWS Management LLC v. U.S., 05-1056 (N.D. Cal.), as the result of a related criminal case, United States v. Stein, et. al. (No. S1 05 Cr 888, S.D.N.Y.). Because the motion will seek an extended stay of proceedings, it was necessary to provide the Court with a fuller explanation than might otherwise have been necessary for a joint motion. That motion is also currently in the internal review process.

4. Defendant's attorney has now turned to the preparation of a reply in this case. The requested 14-day enlargement of time is necessary to provide defendant's counsel with adequate time to prepare a draft reply to plaintiff's opposition to the motion to dismiss and for that draft to be reviewed and finalized.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Acting Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/David Gustafson
Of Counsel

March 15, 2006