# In The United States Court of Federal Claims

No. 04-1787T

(Filed: March 8, 2006)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on defendant's motion to dismiss will be held in this case on Friday, June 9, 2006, at 2:00 p.m. (EST). Chambers will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge