# In The United States Court of Federal Claims

No. 04-1787T

(Filed: June 12, 2006)

---

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Oral argument on defendant's motion to dismiss was held in this case on June 9, 2006. Participating in the argument was Thomas E. Redding, on behalf of plaintiffs, and Bart D. Jeffress, on behalf of defendant.

Pursuant to the discussion held therein, the parties shall file supplemental briefs comprehensively addressing the issues described by the court at oral argument:

(i) On or before July 14, 2006, the parties shall file simultaneous briefs, not to exceed 20 pages, which shall explore:

(a) The application of I.R.C. § 6230(c)(1)(B) to this case; and

(b) The definition of an affected item under I.R.C. § 6231(a)(5), and its application to this case.

(ii) On or before July 28, 2006, the parties shall file simultaneous reply briefs, not to exceed 10 pages.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge