# In The United States Court of Federal Claims

No. 04-1787T

(Filed: June 12, 2006)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on defendant's motion to dismiss was held in this case on June 9, 2006. Participating in the argument was Thomas E. Redding, on behalf of plaintiffs, and Bart D. Jeffress, on behalf of defendant.

Pursuant to the discussion held therein, the court hereby establishes the following discovery schedule:

(i) On or before December 8, 2006, all discovery shall close in this matter; and

(ii) On or before December 20, 2006, the parties shall file a joint status report indicating how this case should proceed.

If at any time motions under RCFC 56 become appropriate, the party shall file a status report proposing a briefing schedule to the court.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge