No. 04-1787 T
(Judge Francis M. Allegra)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DONALD L. DISMORE and BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

APPENDIX TO POST-ORAL ARGUMENT SUPPLEMENTAL BRIEF

EILEEN J. O'CONNOR
Assistant Attorney General

DAVID GUSTAFSON
STEVEN I. FRAHM
BART D. JEFFRESS
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580

**TABLE OF CONTENTS**

| Exhibit | Description |
|---|---|
| 1 | Certified Copy of Petition for Readjustment of Partnership Items Under Code Section 6226 . . . . . 1 |
| 2 | Standard Form 870-P(AD) Partial Settlement of C85's 1985 Partnership Items . . . . . 22 |