IN THE UNITED STATES COURT of FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD L. DISMORE and<br>BETTYE G. DISMORE<br><br>Plaintiffs,<br>v.<br><br><br>UNITED STATES OF AMERICA<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>CIVIL NO. 04-1787T<br><br>Judge Allegra |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT TO WITHDRAW ALTERNATIVE §447/481 CLAIM**

Plaintiffs Donald L. Dismore and Bettye G. Dismore move for leave to amend their complaint to withdraw their alternative claim for refund on the §447/481 issue. After review, it is Plaintiffs' conclusion that the issue is so complex and of so little value that it would be more appropriate to withdraw the alternative §447/481 claim, rendering the jurisdictional question moot and allowing the case on the primary claim to proceed more expeditiously. This is the first test case for the promary issue and this alternative claim is *de minimus* in value.

As the parties and the Court discussed during oral argument on the government's motion to dismiss for lack of jurisdiction on this alternative claim, the dearth of legislative history for the TEFRA partnership provisions make interpretation of the statutory provisions at issue unusually complicated. Moreover, there is no judicial guidance or scholarly opinion addressing the issues raised by the Court in response to the government's jurisdictional motion. That lack of guidance, combined with the government's untimely destruction of the Dismores' administrative files and

Plaintiffs' inability to obtain copies of material documents from the partnership, makes this particular case of questionable precedential authority for the extremely complex questions it raises.

If this motion is granted, Plaintiffs request a telephone conference to re-set the scheduling order to accelerate the remainder of the case accordingly.

WHEREFORE, Plaintiffs Donald L. Dismore and Bettye G. Dismore move for leave to amend their complaint to withdraw their alternative claim for refund on the §447/481 issue.

Respectfully,

/s/ Teresa J. Womack

Teresa J. Womack
Redding & Associates, P.C.
2419 W. T.C. Jester
Houston, Texas 77018
713-965-9244
713-621-5227 (Fax)
**Counsel for Donald L. Dismore and Bettye G. Dismore**

Of Counsel for Plaintiffs:
Thomas E. Redding
Texas State Bar No. 16661300
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

On July 13, 2006, Bart D. Jeffress has advised counsel for the Dismores that the government has taken the forging motion under advisement, but has not yet reached a decision on its response.

/s/ Teresa J. Womack

Teresa J. Womack