# In The United States Court of Federal Claims

No. 04-1787T

(Filed: July 26, 2006)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 14, 2006, plaintiffs filed a motion to amend their complaint by withdrawing their alternative claim relating to §§ 447/481 recapture. On July 25, 2006, defendant filed its response opposing plaintiffs' motion. After reviewing the filings, plaintiffs' motion is hereby **GRANTED**. Plaintiffs are directed to file their amended complaint.

The court notes, however, that defendant's frustration with plaintiffs' approach to this matter appears warranted. Plaintiffs originally indicated that they were going to withdraw voluntarily this claim and then eventually decided to litigate the matter. Plaintiffs then moved to amend their complaint to drop the alternative claim on the same day that they and defendant simultaneously filed their last briefs on this matter. Professional courtesy would have warranted providing defendant with notice of this motion to amend early enough to have avoided at least some of the briefing of this matter. Similar conduct in the future may lead to the imposition of sanctions.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge