IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1787 T

Judge Francis M. Allegra

DONALD L. DISMORE and BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION FOR ORDER REQUIRING PLAINTIFFS TO COMPLY WITH RCFC 26(a)

The United States respectfully moves the Court for an order requiring plaintiffs to make the initial disclosures specified by RCFC 26(a) before September 1, 2006. Defendant served its initial disclosures on plaintiff via overnight mail on September 16, 2005, within 10 days after the filing of the Joint Preliminary Status Report. *See JPSR* [Doc. #14]. As of the date of this motion, plaintiffs have not made the initial disclosures required by RCFC 26(a).

Discovery on the remaining claim in this case began on June 12, 2006, and is scheduled to close on December 8, 2006. *See* Order [Doc. #34]. While plaintiffs have provided some informal document discovery to defendant, *see* Mot. [Doc. #25] Ex. 1, App. B; JSR [Doc. #19] at 1, plaintiffs have made no representation that the documents so provided constitute the entirety of the documents called for by RCFC 26(a)(1)(B).

Initial disclosures, if timely made in accordance with the Rules, may well reduce, or even eliminate, the need for formal discovery requests. Since plaintiff has not made the required

initial disclosures here, yet the discovery period is now running, defendant is serving requests for production of documents contemporaneously with this motion.

Respectfully submitted,

s/Bart D. Jeffress

BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

August 1, 2006