# In The United States Court of Federal Claims

No. 04-1787T

(Filed: August 28, 2006)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 1, 2006, defendant moved this court for an order requiring plaintiffs to make the initial disclosures specified by RCFC 26(a) before September 1, 2006. Defendant asserts that it served its initial disclosures on plaintiffs via overnight mail on September 16, 2005, and that as of August 1, 2006, plaintiffs have not made their disclosures. Plaintiffs did not respond to defendant's motion, even after being contacted by chambers. Accordingly, on or before **September 11, 2006**, plaintiffs shall make their initial disclosures. Failure to comply with this order will lead to the imposition of sanctions.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge