IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1787 T
(Judge Francis M. Allegra)

DONALD L. DISMORE and BETTYE G. DISMORE

Plaintiffs,

v.

THE UNITED STATES

Defendant.

JOINT MOTION TO SUSPEND DISCOVERY AND FOR SUMMARY JUDGMENT BRIEFING SCHEDULE

The parties, through their attorneys, respectfully request the Court to suspend discovery, excepting plaintiffs' responses to outstanding discovery served by defendant, and to order the schedule proposed below for plaintiffs' responses and for summary judgment motions.

Pursuant to the Court's Order [Doc. #34], all discovery in this case is scheduled to close on December 8, 2006. The parties have made initial disclosures, and plaintiffs have responded to defendant's first request for production of documents. Defendant has served the following additional discovery: 1) Defendant's Interrogatories - Set No. 1; 2) Defendant's Requests for Admissions - Set No. 1; and 3) United States' Second Request for Production of Documents. Plaintiffs' responses are due on November 22, 2006.

The Court's discovery order states, "[i]f at any time summary judgment motions under RCFC 56 become appropriate, the party shall file a status report proposing a briefing schedule to the court." Order [Doc. #34]. Plaintiffs believe they are ready to file a motion for summary

judgment. Defendant believes that it is ready to file a summary judgment motion, and that it will be in a better position to do so and in a position to oppose plaintiffs' summary judgment motion, after receiving plaintiffs' responses to its three outstanding discovery requests.

Accordingly, at this juncture, both parties desire to preserve the resources attendant to further discovery, including defendant's deposing of the witnesses listed in plaintiffs' initial disclosures, and instead to pursue summary judgment briefing. The parties request, however, that discovery merely be stayed, and be reopened 1) to the extent either party demonstrates further discovery is necessary to respond to a summary judgment motion; or 2) to prepare for trial, in the event summary judgment briefing does not dispose of this case.

Accordingly, the parties request that discovery be stayed and that the Court adopt the following schedule (any enlargements for which must be sought and obtained from the Court):

1. By December 1, 2006, plaintiffs serve responses to defendant's three outstanding discovery requests enumerated above.
2. On January 8, 2007, the parties each file a summary judgment motion pursuant to RCFC 56.
3. On February 19, 2007, each party files an opposition to the other party's summary judgment motion.
4. On March 12, 2007, each party files a reply in response to the other party's opposition.

Respectfully submitted,

11/22/2006 s/Teresa J. Womack by s/Bart D. Jeffress
Date Teresa J. Womack
Redding & Associates, P.C.
P.O. Box 924328

Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (fax)

Attorneys for Plaintiffs

11/22/2006 s/Bart D. Jeffress
Date

Bart D. Jeffress
Attorney of Record
U.S. Department of Justice, Tax Div.
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

11/22/2006 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant