# In The United States Court of Federal Claims

No. 04-1787T

(Filed: December 1, 2006)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 22, 2006, the parties filed a joint motion to stay discovery, and set forth a proposed schedule for filing dispositive motions. The parties' motion is **GRANTED**, in part, and **DENIED**, in part. Accordingly, the court hereby adopts the following schedule:

1. On or before December 4, 2006, plaintiffs shall serve responses to defendant's three outstanding discovery requests.

2. On or before January 15, 2007, plaintiff shall file its motion for summary judgment.

3. On or before February 14, 2007, defendant shall file its cross-motion for summary judgment and its response to plaintiff's motion for summary judgment.

4. On or before March 16, 2007, plaintiff shall file its reply in support of its motion for summary judgment and its response to defendant's cross-motion for summary judgment.

5. On or before April 13, 2007, defendant shall file its reply in support of its cross-motion for summary judgment.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge