# In The United States Court of Federal Claims

No. 04-1787T

(Filed: January 22, 2007)

---

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On December 1, 2006, the court granted, in part, and denied, in part, the parties' motion to stay discovery, and established a schedule for the filing of dispositive motions. In its order, the court directed plaintiffs to file their motion for summary judgment on or before January 15, 2007. The court has not yet received this motion.

Accordingly, the court hereby adopts the following schedule, which supercedes the schedule established in the December 1, 2006, order:

1. On or before February 14, 2007, defendant shall file its motion for summary judgment.

2. On or before March 16, 2007, plaintiffs shall file their response to defendant's motion for summary judgment.

3. On or before April 13, 2007, defendant shall file its reply in support of its motion for summary judgment.

Plaintiffs will not be permitted to file a motion for summary judgment, nor to cross-move against defendant's motion for summary judgment.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge