IN THE UNITED STATES COURT of FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD L. DISMORE and BETTYE G. DISMORE | § | |
| Plaintiffs, | § | CIVIL NO. 04-1787T |
| v. | § | Judge Allegra |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR RECONSIDERATION OF SCHEDULING ORDER AND FOR ENTRY OF REVISED PRE-TRIAL SCHEDULE

Plaintiffs Donald L. Dismore and Betty G. Dismore respectfully move for reconsideration of the Order entered January 22, 2007, and for cause would show the Court as follows:

On plaintiffs' unopposed motion the Court had previously granted one enlargement of time to file Plaintiffs' motion for summary judgment until January 15, 2007, which was Martin Luther King Day, a federal holiday. In response to Plaintiffs failure to file a motion for summary judgment by January 15th, the Court has entered an order directing the United States to file its motion for summary judgment by February 14, 2007, and precluded Plaintiffs from filing a cross-motion for summary judgment.

The delay in filing Plaintiffs' motion for summary judgment was due to extreme illness in counsel's immediate family and inclement weather.

Counsel for Plaintiffs, Teresa J. Womack, was absent from the office for an extended period of time at the end of December, 2006 and again in early to mid-January, 2007 because her sister, her only sibling, had a heart attack and subsequently developed unforeseen complications that

necessitated extensive, invasive, life-threatening surgery. Ms. Womack's sister is not married, and their parents are elderly and in poor health themselves. Her sister and parents live in West Texas, over 600 miles from Houston. The responsibility of making arrangements for her sister (and parents) necessitated Ms. Womack's extensive absences from the office during the month of January.

Particularly, a timely motion to enlarge was not filed because counsels' office was closed Monday, January 15th, Martin Luther King day. Ice storms in the days prior to and immediately after the January 15th due date prohibited travel throughout much of Texas. Counsels' office was closed due to ice storms in Houston on January 16-17, 2007, that made it impossible for staff and other attorneys to reach the office.

The Court entered its Order before Ms. Womack was able to prepare and file a motion to re-set deadlines.

Plaintiffs respectfully request that the schedule for preparing and filing dispositive motions be re-set to allow Plaintiffs to file a motion for summary judgment by March 8, 2007. The request for five weeks is due to the Supreme Court's recent grant of *certiorari* to hear the *Hinck* case, which is an appeal from a decision of this Court respecting the §6404 interest abatement issue common to these AMCOR partnership cases. The due date for filing the opening brief in that case is February 29, 2007.

I have discussed this motion and the status of this case with Donald Dismore as required by the Court's Special Procedure's Order. See the attached Certificate of Compliance.

Counsel also apologizes to the Court and opposing counsel for the inconvenience caused by these circumstances and assures the Court that no disrespect is intended.

Wherefore, Plaintiffs Donald L. Dismore and Betty G. Dismore respectfully request the Court to re-set the schedule for filing dispositive motions in this matter to allow Plaintiffs to file a motion for summary judgment by March 8, 2007.

Respectfully,

/s/ Teresa J. Womack

Teresa J. Womack
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Thomas E. Redding
Texas State Bar No. 16661300
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

## CERTIFICATE OF CONFERENCE

I have communicated with Mr. Bart D. Jeffress, counsel for the United States, on several occasions regarding this motion. Counsel has represented to me that the United States is unopposed to the forgoing motion.

/s/ Teresa J. Womack

Teresa J. Womack