IN THE UNITED STATES COURT of FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD L. DISMORE and<br>BETTYE G. DISMORE | § | |
| | § | |
| | § | |
| Plaintiffs, | § | CIVIL NO. 04-1787T |
| v. | § | |
| | § | Judge Allegra |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**CERTIFICATE OF COMPLIANCE WITH SPECIAL PROCEDURES ORDER**

Pursuant to the Special Procedure Order issued by Judge Francis M. Allegra, Teresa J. Womack certifies the following:

I am the Counsel of Record for Donald D. Dismore and Bettye G. Dismore, the Plaintiffs in the above referenced case and am admitted to practice before this court. I have discussed the Court's Order of January 22, 2007 with Plaintiff Donald D. Dismore as well the request Plaintiffs' motion to re-set the filing deadlines. A copy of that motion has been sent to the Dismores.

February 2, 2007

/s/ Teresa J. Womack
Teresa J. Womack

R:\DOCS\TAXCONT.T\TWWC2027.DI1.wpd