# In The United States Court of Federal Claims

No. 04-1787T

(Filed: February 6, 2007)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On December 1, 2006, the court granted, in part, and denied, in part, the parties' motion to stay discovery, and established a pre-trial schedule for the filing of dispositive motions. In its order, the court directed plaintiffs to file their motion for summary judgment on or before January 15, 2007. The court did not receive this motion, nor a timely motion for an enlargement of time in which to file the motion. On January 22, 2007, the court issued a revised pre-trial schedule. On February 2, 2007, plaintiffs filed an unopposed motion seeking reconsideration of this order.

Plaintiffs' motion for reconsideration is hereby **DENIED.** Plaintiffs' counsel's failure to file timely the motion for summary judgment is not an isolated incident; in this case, and others before the court, plaintiffs' counsel has repeatedly failed to meet filing deadlines. The pre-trial schedule established in the court's January 22, 2007, order shall not be altered. If defendant's motion for summary judgment is denied, this case will be set for trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge