IN THE UNITED STATE COURT OF FEDERAL CLAIMS

No. 04-1787 T
(Francis M. Allegra)

DONALD L. DISMORE and BETTYE G. DISMORE

Plaintiffs,

v.

THE UNITED STATES

Defendant.

UNITED STATES' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

OCT 20 2006

COMES NOW the defendant, the United States of America, pursuant RCFC 26 and 34, and hereby requests the plaintiffs to respond to this second request for production of documents by November 21, 2006. In lieu of producing the originals of such responsive documents, copies of such documents may be delivered to Bart Jeffress by November 21, 2006, at his office address, 555 4th Street, N.W., Room 8820, Washington, D.C. 20001.

Scope. These production requests are directed to each and every plaintiff. If each individual plaintiff has a copy of responsive documents, only one copy need be produced.

Definitions: These definitions are incorporated by reference here.

1. Plaintiffs: The plaintiffs are Donald L. Dismore and Bettye G. Dismore.

2. Documents: All references to "documents" are to be liberally construed to include all originals, microfiche copies, copies maintained on computer disks, copies and nonidentical copies (whether by reason of handwritten notations thereon or otherwise) of correspondence,

PENGAD-Bayonne, N.J. EXHIBIT 2

1981484.1

electronic mail (e-mail), contracts, brochures, agreements, deeds, leases, letters, memoranda, checks, bank statements, reports, records, corporate minutes, financial statements, and all other types of written or documentary materials.

3. The terms "Possession", "Custody", or "Control" include actual and constructive possession, custody, or control. The Document Requests thus include any document or thing that any plaintiffs possesses or has the right to obtain from a third party upon demand, or which may be secured from any other source for the purpose of fully responding to such request, including attorneys, accountants or other agents.

Claims of Privilege: If plaintiffs decline to produce any document in response to any of the requests set forth below, please provide a privilege log or other information sufficient to properly assert privilege at the same time as other responsive documents are provided or in time to avoid waiver of the asserted privilege. *See Burlington Northern & Santa Fe Railway Co. v. United States District Court for the District of Montana*, 408 F.3d 1142 (9th Cir. 2005); Fed. R. Civ. P. 26(b)(5); 34.

REQUESTS FOR PRODUCTION

1. All documents in the possession, custody or control of any of the plaintiffs supporting or providing a basis for the denial or partial denial of any of the United States' Requests for Admissions-Set No. 1. Documents produced in response to this request should be referenced to the denial or denials or partial denial or partial denials to which they relate.

2. All documents in the possession, custody or control of any of the plaintiffs supporting or providing a basis for plaintiffs' responses to the United States' Interrogatories-Set No. 1. Documents produced in response to this request should be referenced to the response or

responses to which they relate.

If any document that would have been responsive to these document requests no longer exists, please state the following for each such document: the date of destruction, the reason for destruction, and the person(s) responsible for the decision to destroy the document(s) and for the actual destruction of the documents.

Respectfully submitted,

BART D. JEFFRESS
Attorney of Record
U.S. Justice Dept., Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 307-6496
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

Of Counsel

October 20, 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing United States' Request for Production of Documents has, this 20th day of October, 2006, been made on the plaintiffs' attorney by 1) express, overnight delivery service, in a postage prepaid envelope, to the following address:

Teresa J. Womack
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, TX 77018

and 2) by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Teresa J. Womack
Redding & Associates, P.C.
P. O. Box 924328
Houston, TX 77292-4328

Deana L. Henderson

Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
(202) 307-6440