# In The United States Court of Federal Claims

No. 04-1787T

(Filed: February 7, 2007)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On February 6, 2007, defendant filed a motion to compel plaintiffs to comply with the court's December 1, 2006, order, and for an adjustment to the summary judgment schedule. Defendant's motion is hereby **GRANTED**, in part. The court hereby adopts the following schedule, which supercedes the schedule established in the January 22, 2007, order:

1. On or before March 7, 2007, defendant shall file its motion for summary judgment.

2. On or before April 6, 2007, plaintiffs shall file their response to defendant's motion for summary judgment.

3. On or before May 4, 2007, defendant shall file its reply in support of its motion for summary judgment.

The court has, by separate order, addressed the other issues raised by defendant's motion to compel.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge