# In The United States Court of Federal Claims

No. 04-1787T

(Filed: February 7, 2007)

---

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On June 12, 2006, the court issued a discovery schedule in this case, establishing that discovery would close on or before December 8, 2006. During the conduct of discovery, defendant served three discovery requests on plaintiffs, to which plaintiffs' response was due on or before November 22, 2006. On November 22, 2006, the parties filed a joint motion to stay discovery, and set forth a proposed pre-trial schedule for the filing of dispositive motions. This motion included a request for an enlargement of time for plaintiffs to serve responses to defendant's three outstanding discovery requests. On December 1, 2006, the court granted, in part, and denied, in part, the parties' motion to stay discovery, and, *inter alia*, ordered plaintiffs to serve responses to defendant's outstanding discovery requests no later than December 4, 2006. On February 6, 2007, defendant filed a motion to compel plaintiffs to comply with the court's December 1, 2006, order, and for an adjustment to the summary judgment schedule.

On or before February 21, 2007, plaintiffs shall comply with the court's December 1, 2006, order to serve responses to defendant's three outstanding discovery requests (and file a notice of compliance with the court), or show cause as to why sanctions should not be imposed for their failure to comply pursuant to RCFC 37. The court will, by separate order, reset the schedule for the briefing of defendant's motion for summary judgment.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge