# In The United States Court of Federal Claims

No. 04-1787T

(Filed: March 2, 2007)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On June 12, 2006, the court issued a discovery schedule in this case, establishing that discovery would close on or before December 8, 2006. During the conduct of discovery, defendant served three discovery requests on plaintiffs, to which plaintiffs' response was due on or before November 22, 2006. On November 22, 2006, the parties filed a joint motion to stay discovery, and set forth a proposed pre-trial schedule for the filing of dispositive motions. This motion included a request for an enlargement of time for plaintiffs to serve responses to defendant's three outstanding discovery requests. On December 1, 2006, the court granted, in part, and denied, in part, the parties' motion to stay discovery, and, *inter alia*, ordered plaintiffs to serve responses to defendant's outstanding discovery requests no later than December 4, 2006. On February 6, 2007, defendant filed a motion to compel plaintiffs to comply with the court's December 1, 2006, order, and for an adjustment to the summary judgment schedule. On February 7, 2007, the court ordered that on or before February 21, 2007, plaintiffs should comply with the court's December 1, 2006, order to serve responses to defendant's three outstanding discovery requests (and file a notice of compliance with the court), or show cause as to why sanctions should not be imposed for their failure to comply pursuant to RCFC 37. The court has not yet received plaintiff's notice of compliance.

The court views plaintiffs' counsel as in violation of the February 7, 2007, court order. Accordingly, on Monday, March 12, 2007, at 2:00 p.m. (E.D.T.), plaintiffs' counsel shall appear and show cause as to why she should not be held in contempt. The hearing, with both parties, will be conducted at the United States Court of Federal Claims, National Courts Building, 717

Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the hearing.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge