IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1787 T

Judge Francis M. Allegra

DONALD L. DISMORE and BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

The United States respectfully moves the Court for an enlargement of time of 23 days, from March 7, 2007, to and including March 30, 2007, within which to file its motion for summary judgment. This is the first enlargement requested for this purpose. Plaintiffs' counsel has advised that they have no objection to the enlargement of time. In support of this motion, defendant submits the following:

1. By order filed February 7, 2007, the Court adopted a superceding briefing schedule, pursuant to which defendant's summary judgment motion is due on or before March 7, 2007.

2. During the week of February 12, 2007, defendant's attorney of record devoted substantial time in preparing a partial first draft of the motion.

3. On February 19, 2007, defendant's attorney of record's mother-in-law passed away unexpectedly. He and his wife flew that evening to Toronto, Canada, to be with family and to help with various arrangements. After a funeral service on Monday, February 26, 2007, they

returned home in the evening of Tuesday, February 27, 2007. Defendant's attorney of record was out of the office the next day, due to illness, and returned to the office yesterday, March 1, 2007.

4. The events described in the preceding paragraph necessitated an extended absence from the office and were emotionally and physically taxing. As a result an enlargement of time is necessary. The time requested reflects the need to regain momentum on the summary judgement motion for this case,[1] the reorganizing of other work responsibilities affected by counsel's absence, and scheduled absences from the office of the reviewer.

[1] By letter dated February 22, 2007, plaintiffs served responses to defendant's outstanding interrogatories and the document production request accompanying those interrogatories. Part of returning to the summary judgment motion will include review and possible use of these responses.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

March 2, 2007