IN THE UNITED STATES COURT of FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD L. DISMORE and BETTYE G. DISMORE | § | |
| | § | |
| Plaintiffs, | § | CIVIL NO. 04-1787T |
| v. | § | |
| | § | Judge Allegra |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF COMPLIANCE

Plaintiffs, Donald L. Dismore and Bettye G. Dismore, have complied with the order compelling response and served the Government with answers to the United States' interrogatories for this matter. All documents responsive to and/or referred to in those answers had been previously served on the United States with Plaintiffs' response to the United States' request for production of documents.

Plaintiffs and their counsel misunderstood their responsibility for filing of the Notice of Compliance. Counsel has only had one other discovery dispute in the Court of Federal Claims in over 10 years of practice. In federal district courts where the majority of counsel's experience lies, the moving party notifies the court when and if the discovery dispute has been resolved and the recalcitrant party has complied.

Plaintiffs and their counsel sincerely apologize for the inconvenience to the Court with respect to the Notice of Compliance, as well as the delay in responding to interrogatories.

Respectfully,

/s/ Teresa J. Womack

Teresa J. Womack
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Thomas E. Redding
Texas State Bar No. 16661300
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)