# In The United States Court of Federal Claims

No. 04-1787T

(Filed: March 5, 2007)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On February 7, 2007, the court ordered that on or before February 21, 2007, plaintiffs should comply with the court's December 1, 2006, order to serve responses to defendant's three outstanding discovery requests (and file a notice of compliance with the court), or show cause as to why sanctions should not be imposed for their failure to comply pursuant to RCFC 37. On March 2, 2007, having not received plaintiffs' notice of compliance, the court ordered the parties to appear for a hearing at the United States Court of Federal Claims on Monday, March 12, 2007. On March 5, 2007, the court received plaintiffs' notice of compliance. On that basis, the court has decided to cancel the aforementioned hearing.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge