# In The United States Court of Federal Claims

No. 04-1787T

(Filed: March 5, 2007)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On March 2, 2007, defendant filed an unopposed motion seeking an enlargement of 23 calendar days, to and including March 30, 2007, by which it should file its motion for summary judgment. Defendant's motion is hereby **GRANTED**. The court hereby adopts the following schedule, which supercedes the schedule established in the February 7, 2007, order:

1. On or before March 30, 2007, defendant shall file its motion for summary judgment.

2. On or before April 27, 2007, plaintiffs shall file their response to defendant's motion for summary judgment.

3. On or before May 25, 2007, defendant shall file its reply in support of its motion for summary judgment.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge