IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1787 T

Judge Francis M. Allegra

DONALD L. DISMORE and BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

# APPENDIX B TO MOTION OF THE UNITED STATES FOR SUMMARY JUDGMENT

EILEEN J. O'CONNOR
*Assistant Attorney General*

DAVID GUSTAFSON
STEVEN I. FRAHM
BART D. JEFFRESS
*Attorneys*
*Justice Department (Tax)*
*Court of Federal Claims Section*
*P.O. Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (FAX)

INDEX


| Exhibit | Description |
|---|---|
| 1 | Plaintiff's Response to United States' Requests for Admissions and Response to Document Production . . . . . B-1 |
| 2 | Certified Copy of Notice of Election to Participate . . . . . B-6 |
| 3 | IRS Certificate of Assessments, Payments, and Other Specified Matters for Donald L. and Bettye G. Dismore's tax year 1995 . . . . . B-12 |
| 4 | Certified Copy of Decision in *Coachella-85* . . . . . B-16 |