# In The United States Court of Federal Claims

No. 04-1787T

(Filed: May 29, 2007)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 5, 2007, the court established a schedule for the briefing of defendant's motion for summary judgment. The court has not yet received plaintiffs' response to defendant's motion, which was due on or before April 27, 2007. Plaintiffs have missed several deadlines in this case, requiring the court, on at least one occasion, to issue a show cause order. The court will not tolerate any further disregard of its scheduling orders. Accordingly, if plaintiffs' response to defendant's motion for summary judgment is not filed on or before June 12, 2007 (with an appropriate motion to file out of time), plaintiffs' case will be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge