IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1787 T

Judge Francis M. Allegra

---

DONALD L. DISMORE and BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

MOTION OF THE UNITED STATES FOR RULING ON SUMMARY JUDGMENT MOTION, NOTWITHSTANDING PLAINTIFFS' FAILURE TO RESPOND

---

The United States respectfully moves the Court to rule on the merits of its summary judgment motion [Docs. ## 58, 59], filed March 30, 2007, rather than dismiss this representative case on account of plaintiffs' failure to file a response and disregard of the Court's orders. The two grounds presented in defendant's motion apply to every basis restoration/termination claim in approximately 40-50 other AMCOR cases currently pending in the Court of Federal Claims, involving the same counsel as in this case.

As the Court stated in its May 29, 2007 order, plaintiffs' response to defendant's motion was due April 27, 2007, and plaintiffs in this case have otherwise acted in a delinquent manner in regard to filing deadlines. *See Order* [Doc. #60]. As a result, the Court warned: "if plaintiffs' response to defendant's motion for summary judgment is not filed on or before June 12, 2007 (with an appropriate motion to file out of time), plaintiffs' case will be dismissed for lack of

prosecution." *See id.* June 12, 2007 has passed and plaintiffs have failed to submit a response under motion for leave to file it out of time.

While defendant has no doubt that, in the circumstances of this case, the Court has ample justification to dismiss plaintiffs' case, defendant requests the Court instead sanction plaintiffs by prohibiting the filing of any response. Such sanction would permit a ruling on defendant's summary judgment motion, a ruling that will be helpful in resolving a large body of cases pending before the Court of Federal Claims. Plaintiffs' firm and defendant have moved for suspension of proceedings in other AMCOR cases pending a final decision in this case, *see e.g. Mot.* [Doc. #5], *Blinder*, Fed. Cl. No. 06-52 T, and have reported on the progress of this case in stayed AMCOR cases, *see e.g. JSR* [Doc. #40], *Carota*, Fed. Cl. No. 01-305 T. The dismissal of the instant case, whose significance is small compared to all the pending cases, would allow plaintiffs' firm the opportunity to brief their basis restoration/termination claim in another of the related cases, notwithstanding their failures here.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26, Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

June 14, 2007