# In The United States Court of Federal Claims

No. 04-1787T

(Filed: September 18, 2007)

DONALD L. DISMORE and
BETTYE G. DISMORE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On March 5, 2007, the court established a schedule for the briefing of defendant's motion for summary judgment. Pursuant to this schedule, the court was to received plaintiffs' response to defendant's motion on or before April 27, 2007. The court never received plaintiffs' response. Prior to this, plaintiffs had missed several deadlines in this case, requiring the court, on at least one prior occasion, to issue a show cause order.

On May 29, 2007, the court again ordered plaintiffs to respond to defendants' motion for summary judgment on or before June 12, 2007, and warned that if plaintiffs did not so respond the court would dismiss plaintiffs' case for lack of prosecution.

No response has been filed. Accordingly, pursuant to RCFC 41(b), this case is hereby dismissed for lack of prosecution.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge