# In the United States Court of Federal Claims

**No. 04-1787 T**

**DONALD L. DISMORE AND BETTYE G. DISMORE,**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the court's Order, filed September 18, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(b), that the complaint is dismissed for lack of prosecution.

Brian Bishop
Clerk of Court

**September 27, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.